**Fill in this information to identify the case:**

Debtor name: **Campbell Family Enterprises, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **25-10364**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $ **317,300.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **317,300.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **403,893.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **35,700.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **111,378.25**

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b    $ **550,971.25**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Campbell Family Enterprises, Inc** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | 25-10364 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  CFG Mercaht Solutions**
Creditor's Name

180 Maiden Lane
Floor 15
New York, NY 10038
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. United First
2. CFG Mercaht Solutions

Describe debtor's property that is subject to a lien
**90 days or less: Accounts Receivable**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$12,000.00    $10,000.00

**2.2  Cleveland State Bank**
Creditor's Name

PO Box 1000
110  Commerce Ave
Cleveland, MS 38732
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/10/2022**

Last 4 digits of account number
**7250**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2013 Timple 43' Hopper Bottom**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$11,835.00    $28,000.00

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cleveland State Bank** | **Describe debtor's property that is subject to a lien** | $140,000.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2012 Volvo VNL 64T670**
**2020 Volvo VNL64T760**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/23/2022**
**Last 4 digits of account number**
**7250**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Cleveland State Bank** | **Describe debtor's property that is subject to a lien** | $20,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2015 Timpte Hopper Bottom Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/9/2023**
**Last 4 digits of account number**
**7250**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Cleveland State Bank** | **Describe debtor's property that is subject to a lien** | $21,000.00 | $32,500.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2018 Timpte Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/22/2023**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Cleveland State Bank** | **Describe debtor's property that is subject to a lien** | $22,000.00 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Volvo VNL 64T300** | | |

**PO Box 1000**
**110 Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/25/2023**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **TopMark Funding, LLC** | **Describe debtor's property that is subject to a lien** | $38,000.00 | $38,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Timpte Trailer** | | |

**516 Gibson Dr.,**
**Suite 160**
**Roseville, CA 95678**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **TopMark Funding, LLC** | **Describe debtor's property that is subject to a lien** | $80,000.00 | $50,000.00 |
|---|---|---|---|---|

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|

Name

### (continued from previous entry)

**Creditor's Name**
516 Gibson Dr.,
Suite 160
Roseville, CA 95678
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
**2020 Volvo VNR**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.9 United First

**Creditor's Name**
299 NE 191st Street
Miami, FL 33180
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**    $6,258.00    $10,000.00
**90 days or less: Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

### 2.10 Volvo Financial Servic

**Creditor's Name**
PO Box 7247-0236
Philadelphia, PA 19170
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**    $52,800.00    $50,000.00
**2020 Volvo VNR**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$403,893.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AMUR**<br>**PO Box 911685**<br>**Denver, CO 80291-1685** | Line **2.8** | |
| **North Mill Eqipment Fi**<br>**PO Box 77840**<br>**Springfield, OH 45501** | Line **2.7** | |

**Fill in this information to identify the case:**

Debtor name: **Campbell Family Enterprises, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **25-10364**

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule    Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 11, 2025**       X **/s/ Phillip Campbell**
                                       Signature of individual signing on behalf of debtor

                                       **Phillip Campbell**
                                       Printed name

                                       **Member**
                                       Position or relationship to debtor