# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Campbell Family Enterprises | CASE NO: 25-10364<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/18/2025, I did cause a copy of the following documents, described below,

Notice of Amended D

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-10364 |
|---|---|
| Campbell Family Enterprises | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 4/18/2025, a copy of the following documents, described below,

Notice of Amended D

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO/NOT SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
CFG MERCAHT SOLUTIONS
180 MAIDEN LANE FLOOR 15
NEW YORK NY 10038

FIRST CLASS
UNITED FIRST
299 NE 191ST STREET
MIAMI FL 33180

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | Campbell Family Enterprises, Inc | Case No. 25-10364 |
| | , Debtor | CHAPTER 11 |

**TO:** **AFFECTED CREDITORS**:

    CFG Mercaht Solutions, 180 Maiden Lane Floor 15, New York, NY 10038
    United First, 299 NE 191st Street, Miami, FL 33180
**TRUSTEE**:	Robert A. Byrd
**U. S. TRUSTEE**: USTPRegion05.JA.ECF@usdoj.gov

### NOTICE OF AMENDMENT TO SCHEDULE D

**YOU ARE HEREBY NOTIFIED** the above named debtor has filed with the Bankruptcy Court an Amended Schedule D – Creditors Who Have Claims Secured by Property (see attached amended schedule).

You are further notified that the debtors' bankruptcy case was filed on February 4, 2025. Documents filed in the case may be inspected at Clerk's office:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

                                                 /s/ Thomas C. Rollins, Jr.
                                                 Thomas C. Rollins, Jr.

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Notice of Amendment, the § 341 Meeting of Creditors Notice, and the amended schedule (if applicable) to the affected creditor(s) via First Class U.S. Mail and the case trustee (if any) and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system

Date: Friday, April 18, 2025                      /s/ Thomas C. Rollins, Jr.
                                                      Thomas C. Rollins, Jr. (Bar No. 103469)
                                                        Jennifer A Curry Calvillo (Bar No. 104367)
                                                         The Rollins Law Firm
                                                         P.O. Box 13767
                                                         Jackson, MS 39236
                                                         (601) 500-5533

| Information to identify the case: | | |
|---|---|---|
| Debtor | Campbell Family Enterprises, Inc<br>Name | EIN: 87-4019639 |
| United States Bankruptcy Court | Northern District of Mississippi | Date case filed for chapter: 11   2/4/25 |
| Case number: | 25-10364-SDM | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Campbell Family Enterprises, Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1214 Waverly Way<br>Cleveland, MS 38732-4139 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601-500-5533 |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert A. Byrd<br>Byrd & Wiser<br>P. O. Box 1939<br>Biloxi, MS 39533-1939 | Contact phone 228-432-8123 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. - 5:00 p.m., Monday through Friday<br>Contact phone 662-369-2596<br>Date: 2/12/25 |

For more information, see page 2 >

| | | |
|---|---|---|
| **7.** **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 18, 2025 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephonic Meeting, Telephonic Meeting** |
| **8.** **Proof of claim deadline** | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):**   6/4/25 **For a governmental unit:**   8/4/25 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9.** **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**    _____ | |
| **10.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Campbell Family Enterprises, Inc** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-10364** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **CFG Mercaht Solutions**
Creditor's Name

**180 Maiden Lane**
**Floor 15**
**New York, NY 10038**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. United First**
**2. CFG Mercaht Solutions**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount: **$12,000.00**     Value: **$10,000.00**

---

**2.2** **Cleveland State Bank**
Creditor's Name

**PO Box 1000**
**110 Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/10/2022**

**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2013 Timple 43' Hopper Bottom**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount: **$11,835.00**     Value: **$28,000.00**

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 5

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cleveland State Bank** | Describe debtor's property that is subject to a lien | $140,000.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2012 Volvo VNL 64T670**
**2020 Volvo VNL64T760**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/23/2022**
**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cleveland State Bank** | Describe debtor's property that is subject to a lien | $20,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2015 Timpte Hopper Bottom Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/9/2023**
**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cleveland State Bank** | Describe debtor's property that is subject to a lien | $21,000.00 | $32,500.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**2018 Timpte Trailer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/22/2023**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Cleveland State Bank** | Describe debtor's property that is subject to a lien | $22,000.00 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Volvo VNL 64T300** | | |

**PO Box 1000**
**110  Commerce Ave**
**Cleveland, MS 38732**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/25/2023**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7250**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **TopMark Funding, LLC** | Describe debtor's property that is subject to a lien | $38,000.00 | $38,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Timpte Trailer** | | |

**516 Gibson Dr.,**
**Suite 160**
**Roseville, CA 95678**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **TopMark Funding, LLC** | Describe debtor's property that is subject to a lien | $80,000.00 | $50,000.00 |
|---|---|---|---|---|

| Debtor | **Campbell Family Enterprises, Inc** | | Case number (if known) | **25-10364** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Creditor's Name | **2020 Volvo VNR** | | |
| | **516 Gibson Dr.,**<br>**Suite 160**<br>**Roseville, CA 95678** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| 2.9 | **United First** | Describe debtor's property that is subject to a lien | $6,258.00 | $10,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |
| | **299 NE 191st Street**<br>**Miami, FL 33180** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated<br>■ Disputed | | |

| 2.10 | **Volvo Financial Servic** | Describe debtor's property that is subject to a lien | $52,800.00 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Volvo VNR** | | |
| | **PO Box 7247-0236**<br>**Philadelphia, PA 19170** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Debtor | **Campbell Family Enterprises, Inc** | Case number (if known) | **25-10364** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $403,893.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AMUR**<br>**PO Box 911685**<br>**Denver, CO 80291-1685** | Line __2.8__ | |
| **North Mill Eqipment Fi**<br>**PO Box 77840**<br>**Springfield, OH 45501** | Line __2.7__ | |