**Fill in this information to identify the case:**

Debtor Name: Campbell Family Enterprises Inc.

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-10364-SDM

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: Feb. 2025

Date report filed: 4/11/25
MM / DD / YYYY

Line of business: Trucking Company

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Phillip Bret Campbell

Original signature of responsible party: Phillip Campbell

Printed name of responsible party: Phillip Campbell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ✔ | | |
| 2. | Do you plan to continue to operate the business next month? | ✔ | | |
| 3. | Have you paid all of your bills on time? | | ✔ | |
| 4. | Did you pay your employees on time? | ✔ | | |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✔ | | |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | | ✔ | |
| 7. | Have you timely filed all other required government filings? | ✔ | | |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✔ | | |
| 9. | Have you timely paid all of your insurance premiums? | ✔ | | |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | | ✔ | |
| 11. | Have you sold any assets other than inventory? | | | ✔ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | ✔ | |
| 13. | Did any insurance company cancel your policy? | | ✔ | |
| 14. | Did you have any unusual or significant unanticipated expenses? | | ✔ | |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | ✔ | |
| 16. | Has anyone made an investment in your business? | | ✔ | |

Debtor Name __Campbell Family Enterprises Inc.__       Case number __25-10364-SDM__

17. Have you paid any bills you owed before you filed bankruptcy?  ✔
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ✔

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 15832.43

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 87562.82

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 91525.04

22. **Net cash flow**    + $ 3962.22

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    = $ 19794.65

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0
       *(Exhibit E)*

Debtor Name  Campbell Family Enterprises Inc.                    Case number 25-10364-SDM

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    _____ 2
27. What is the number of employees as of the date of this monthly report?    _____ 3

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00
30. How much have you paid this month in other professional fees?    $ _____ 0
31. How much have you paid in total other professional fees since filing the case?    $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 87662.82 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 91528.04 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 9865 | = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____ 100000
36. Total projected cash disbursements for the next month:    − $ _____ 80000
37. Total projected net cash flow for the next month:    = $ _____ 20000

Debtor Name  Campbell Family Enterprises Inc.                    Case number 25-10364-SDM

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ✔ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- 39. Bank reconciliation reports for each account.

- 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- 41. Budget, projection, or forecast reports.

- 42. Project, job costing, or work-in-progress reports.

**Dropbox Sign**                                                                                                Audit trail

| | |
|---|---|
| Title | Feb. Operating report.pdf |
| File name | Feb.%20Operating%20report.pdf |
| Document ID | 69fa64f5b8293267d4d12ce487410e83f776bd22 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**04 / 22 / 2025**  
14:18:48 UTC  
Sent for signature to Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com) from trollins@therollinsfirm.com  
IP: 173.235.93.166

**VIEWED**  
**04 / 22 / 2025**  
14:32:08 UTC  
Viewed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com)  
IP: 69.197.198.218

**SIGNED**  
**04 / 22 / 2025**  
14:32:19 UTC  
Signed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com)  
IP: 69.197.198.218

**COMPLETED**  
**04 / 22 / 2025**  
14:32:19 UTC  
The document has been completed.



# BankPlus
It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  2/28/25                    Page       1
ACCOUNT NO.              xxxxxxxx4176

CAMPBELL FAMILY ENTERPRISES INC
1412 WAVERLY AVE
CLEVELAND MS 38732

***CHECKING***

Please note that multiple NSF fees per transaction may be incurred if the transaction is presented multiple times and you have insufficient funds in the account.

```
FREE BUSINESS CKING                              Images                              3
Account Number              xxxxxxxx4176         Statement Dates  2/13/25 thru 3/02/25
Previous Balance                     .00         Days in this statement period:     18
    4 Deposits/Credits         12,206.08
    2 Checks/Debits                610.19
Cycle Service Charge                 .02
Interest Paid                        .00
Current Balance                11,595.87
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.02 | $.02 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 2/13 | Deposit/Credit | 100.00 |
| 2/26 | RTP deposit from #GDQ Motive via #GDQ Motive via Plaid | .01 |
| 2/27 | Deposit/Credit | 9,300.36 |
| 2/28 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 2,805.71 |

**Checks and withdrawals**

| Date | Description | Amount |
|---|---|---|
| 2/27 | AC- HARLAND CLARKE CHK ORDERS | 210.19- |

Printed 2/28/2025                                           B001 - Page 1 of 3



**BankPlus**
It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

```
                                    Date   2/28/25           Page      2
                                    ACCOUNT NO.              XXXXXXXX4176
```

FREE BUSINESS CKING            XXXXXXXX4176   (Continued)

Checks and Withdrawals
| Date | Description | Amount |
|---|---|---|
| 2/28 | CAMPBELL FAMILY ENTERP Withdrawal | 400.00- |
| 3/02 | OD/ UCF Interest Charge | .02- |

Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/13 | 100.00 | 2/27 | 9,190.18 | 3/02 | 11,595.87 |
| 2/26 | 100.01 | 2/28 | 11,595.89 | | |



**BankPlus**
It's more than a name. It's a promise.
Member FDIC
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

**CHECKING WITHDRAWAL**
CUST NAME: Campbell Family ent inc
DATE: 2-28-25
SIGNATURE: (signed)
EFF. DATE:
APP. BY:
PREPRD BY: S. Holbrook
2000744176    $ 400.00
⑆5706⋰0011⑆

Check: 0 Amount: $400.00 Date: 2/28/2025 Withdrawal

**Credit — DDA Deposit**
Bank: BankPlus
Branch #: 132
Branch Name: Cleveland North Davis Ave
Teller ID: X77AA02018
Drawer #: 13202
Trans #: 20
Misc: TPR DDA Deposits
Date/Time: 2/27/2025 11:24 AM
Workstation: X77D0564
HIN #: 018052860000048
Owner: CAMPBELL FAMILY ENTE

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

AUXILIARY | R/T 5706-0011 | ACCOUNT 2000744176 | PC/TC 36 | AMOUNT $9,300.36

Check: 0 Amount: $9,300.36 Date: 2/27/2025 Deposit/Credit

**CHECKING DEPOSIT — BankPlus**
NAME: Campbell Family
ADDRESS:
SIGNATURE:
DATE:
2000744176    $ 100.00
⑆5706⋰0011⑆

Check: 0 Amount: $100.00 Date: 2/13/2025 Deposit/Credit

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



| Contact Us | |
|---|---|
| Branch Name | CLEVELAND |
| Phone Number | (662) 843-9461 |
| Address | 110 COMMERCE AVE CLEVELAND MS 38732 |
| Online Access | https://clevelandstatebank.com |

CAMPBELL FAMILY ENTERPRISES INC
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

Statement Date: 02/28/2025                                  Account No.:  **4011  Page: 1

## Regular Business Checking SUMMARY

Type: REG   Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 01/31/25 | | 15,832.43 |
| Debits | 27 | 35,038.43 |
| Automatic Withdrawals | 41 | 46,157.98 |
| Automatic Deposits | 25 | 73,845.54+ |
| Card Activity | 34 | 9,651.44 |
| Miscellaneous Fees | 2 | 70.00 |
| Miscellaneous Credits | 1 | 1,611.21+ |
| TOTAL SERVICE CHARGE | | 7.20 |
| Ending Balance On 02/28/25 | | 364.13 |

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 02/03/25 | PT CORPORATION I SETTLEMENT | 3,191.31 |
| 02/03/25 | SMARTFREIGHT DP SMART FREI | 5,159.64 |
| 02/04/25 | SMARTFREIGHT DP SMART FREI | 4,462.00 |
| 02/04/25 | PT CORPORATION I SETTLEMENT | 4,537.65 |
| 02/06/25 | SMARTFREIGHT DP SMART FREI | 6,048.13 |
| 02/07/25 | 4830 MCD RTN FONE TECH CLEVELAND MS | 275.65 |
| 02/07/25 | SMARTFREIGHT DP SMART FREI | 1,007.75 |
| 02/07/25 | INSURANCE-MOBILE TRANSFER FROM CHK 4569 TO CHK 4011 9073244 | 2,000.00 |
| 02/10/25 | PT CORPORATION I SETTLEMENT | 1,095.75 |
| 02/10/25 | SMARTFREIGHT DP SMART FREI | 3,607.14 |
| 02/12/25 | SMARTFREIGHT DP SMART FREI | 1,218.80 |
| 02/12/25 | SMARTFREIGHT DP SMART FREI | 2,946.04 |
| 02/12/25 | PT CORPORATION I SETTLEMENT | 5,564.18 |
| 02/14/25 | SMARTFREIGHT DP SMART FREI | 3,838.92 |
| 02/18/25 | SMARTFREIGHT DP SMART FREI | 2,908.84 |
| 02/19/25 | EFT MISCELLANEOUS RETURN R29-CORP NOT AUTH | 1,611.21 |
| 02/19/25 | PT CORPORATION I SETTLEMENT | 3,155.85 |
| 02/20/25 | MOBILE TRANSFER FROM CHK 4569 TO CHK 4011 9858395 | 750.00 |
| 02/20/25 | SMARTFREIGHT DP SMART FREI | 3,121.08 |
| 02/20/25 | PT CORPORATION I SETTLEMENT | 3,155.49 |
| 02/21/25 | REFUND STOP PAY FEE | 35.00 |
| 02/24/25 | SMARTFREIGHT DP SMART FREI | 1,710.40 |
| 02/24/25 | PT CORPORATION I SETTLEMENT | 2,074.41 |
| 02/24/25 | SMARTFREIGHT DP SMART FREI | 4,233.57 |
| 02/26/25 | PT CORPORATION I SETTLEMENT | 2,031.48 |
| 02/26/25 | SMARTFREIGHT DP SMART FREI | 5,716.46 |

 



CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461

Statement Date: 02/28/2025  Account No.:  **4011  Page: 2

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 02/03/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/03/25 | 4830 PUR FONE TECH CLEVELAND MS | 315.65 |
| 02/03/25 | 4830 PUR DODGE STORE 680 CLEVELAND MS | 16.31 |
| 02/03/25 | 4830 PUR TRACTOR SUPPLY 2438 CLEVELAND MS | 12.02 |
| 02/03/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 200.00 |
| 02/03/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 1,984.25 |
| 02/03/25 | 4830 MCD PUR CASH APP DOUBLE R OAKLAND CA | 67.00 |
| 02/03/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 60.00 |
| 02/03/25 | 4830 MCD PUR GOOGLE GSUITE CAMPBEL 650-253-0000 CA | 7.20 |
| 02/03/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 60.00 |
| 02/03/25 | 4830 MCD PUR O REILLY 1452 CLEVELAND MS | 102.67 |
| 02/03/25 | TRANSFER TO LOANS **8228- 10 | 522.85 |
| 02/03/25 | TRANSFER TO LOANS **9978- 10 | 2,853.25 |
| 02/03/25 | SENTRY SELECT INS PMT | 5,530.11 |
| 02/04/25 | 4830 MCD PUR CASH APP DOORDASH SAN FRANCISCO CA | 14.96 |
| 02/04/25 | 4830 MCD PUR TRUCK PRO LELAND MS | 272.95 |
| 02/04/25 | BEST EGG PAYMENT | 309.64 |
| 02/04/25 | PILOT TRAVEL CEN PILOTDRAFT | 2,065.75 |
| 02/04/25 | LOVES TRAVEL STO PAYMENTS | 2,565.38 |
| 02/04/25 | MOTIVE CARD PAYMENT | 4,553.57 |
| 02/05/25 | 4830 MCD PUR CASH APP JAKERRIUS WIL OAKLAND CA | 350.00 |
| 02/05/25 | ACIMA 8012971982 | 672.75 |
| 02/05/25 | LOVES TRAVEL STO PAYMENTS | 1,707.73 |
| 02/06/25 | 4830 MCD PUR CASH APP BARRON PAYTON OAKLAND CA | 16.00 |
| 02/06/25 | 0216 MCD PUR DRIVEWYZE INC. 8889881590 TX | 22.47 |
| 02/06/25 | 0216 MCD PUR DRIVEWYZE INC. 8889881590 TX | 57.75 |
| 02/07/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 66.00 |
| 02/07/25 | 4830 MCD PUR SQ TRANSPORT PARTS IN 877-417-4551 TN | 559.29 |
| 02/07/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/07/25 | APPLECARD GSBANK PAYMENT | 60.00 |
| 02/07/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/07/25 | INTUIT * QBOOKS ONL | 145.00 |
| 02/07/25 | ALLY ALLY PAYMT | 1,250.00 |
| 02/10/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/10/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 1,290.43 |
| 02/10/25 | 4830 MCD PUR MOTIVE 855-434-3564 855-434-3564 CA | 335.00 |
| 02/10/25 | APPLECARD GSBANK PAYMENT | 150.00 |
| 02/11/25 | APPLECARD GSBANK PAYMENT | 47.31 |
| 02/11/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/11/25 | CREDIT FIRST NA CFNA PYMT | 96.00 |
| 02/11/25 | PILOT TRAVEL CEN PILOTDRAFT | 1,443.35 |
| 02/11/25 | LOVES TRAVEL STO PAYMENTS | 2,041.00 |
| 02/11/25 | MOTIVE CARD PAYMENT | 2,193.43 |
| 02/12/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 69.00 |
| 02/12/25 | 0216 MCD PUR IN MYDRUGTESTINGPROGR 219-2901225 IN | 175.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 40.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 60.00 |
| 02/12/25 | LOVES TRAVEL STO PAYMENTS | 457.24 |
| 02/13/25 | 4830 MCD PUR CASH APP LIL KRUG OAKLAND CA | 650.00 |
| 02/14/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |





  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Continued   1/940/2

0067

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



Cleveland State Bank / Grenada State Bank

Statement Date: 02/28/2025                          Account No.:        **4011  Page:  3

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 02/14/25 | 4830 MCD PUR ONSTAR DATA PLAN AT T DALLAS TX | 15.00 |
| 02/14/25 | APPLECARD GSBANK PAYMENT | 40.00 |
| 02/14/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/14/25 | CREDIT FIRST NA CFNA PYMT | 200.00 |
| 02/14/25 | STOP PAY CHARGE | 35.00 |
| 02/14/25 | STOP PAY CHARGE | 35.00 |
| 02/19/25 | 4830 MCD PUR CASH APP ANTONIO WATSO OAKLAND CA | 25.00 |
| 02/19/25 | APPLECARD GSBANK PAYMENT | 30.00 |
| 02/19/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 50.00 |
| 02/19/25 | NMEF 2023-A AUTH PAYME | 1,611.21 |
| 02/19/25 | MOTIVE CARD PAYMENT | 3,383.00 |
| 02/19/25 | LOVES TRAVEL STO PAYMENTS | 3,778.43 |
| 02/19/25 | LOVES TRAVEL STO PAYMENTS | 1,409.12 |
| 02/20/25 | UPSTART NETWORK UNI - SDL FM 96523492 BORROWER_PAYMT | 94.49 |
| 02/21/25 | 4830 MCD PUR CASH APP LIL KRUG OAKLAND CA | 150.00 |
| 02/21/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/24/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/24/25 | 0216 PUR WM SUPERCENTER 1530 CLEVELAND MS | 241.48 |
| 02/24/25 | 4830 MCD PUR CASH APP JOHNATHAN WEB OAKLAND CA | 1,400.00 |
| 02/24/25 | 0216 MCD PUR MVR ONLINE.COM ORLANDO FL | 25.00 |
| 02/24/25 | 4830 MCD PUR BULKLOADS NOW LLC SPRINGFIELD MO | 75.00 |
| 02/26/25 | 4830 MCD PUR CASH APP PHILLIP CAMPB OAKLAND CA | 175.00 |
| 02/26/25 | PILOT TRAVEL CEN PILOTDRAFT | 1,735.32 |
| 02/26/25 | 0216 MCD PUR INDEED USI25-00842027 AUSTIN TX | 500.02 |
| 02/26/25 | LOVES TRAVEL STO PAYMENTS | 653.23 |
| 02/27/25 | 0216 MCD PUR TRI STATE THERMO KING MEMPHIS TN | 290.99 |

### CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/13/25 | Withdraw | 800.00 | 02/13/25 | 1590 | 1,343.64 | 02/24/25 | 1601* | 1,526.68 |
| 02/21/25 | Withdraw | 1,000.00 | 02/10/25 | 1591 | 321.64 | 02/19/25 | 1602 | 1,163.92 |
| 02/27/25 | Withdraw | 9,300.36 | 02/10/25 | 1592 | 413.77 | 02/19/25 | 1603 | 1,930.44 |
| 02/03/25 | 1584 | 1,058.09 | 02/10/25 | 1593 | 1,639.01 | 02/19/25 | 1604 | 782.05 |
| 02/04/25 | 1585 | 1,564.53 | 02/12/25 | 1594 | 100.00 | 02/24/25 | 1605 | 2,018.74 |
| 02/11/25 | 1586 | 1,102.40 | 02/10/25 | 1595 | 77.90 | 02/24/25 | 1606 | 1,420.38 |
| 02/03/25 | 1587 | 413.76 | 02/13/25 | 1596 | 4,000.00 | 02/24/25 | 1608* | 413.77 |
| 02/03/25 | 1588 | 321.66 | 02/19/25 | 1597 | 413.76 | 02/24/25 | 1609 | 321.64 |
| 02/11/25 | 1589 | 1,190.15 | 02/19/25 | 1598 | 321.64 | 02/21/25 | 1611* | 78.50 |

| Date | Description | Amount |
|---|---|---|
| 02/28/25 | TOTAL SERVICE CHARGE | 7.20 |




SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Continued          1/940/3

0067

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



Statement Date: 02/28/2025  Account No.: **4011  Page: 4

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 02/28/25 | SERVICE CHARGE | | 2.00 |
| 02/28/25 | PER DEBIT CHARGE | | 20.40 |
| 02/28/25 | EARNINGS CREDIT | | 15.20- |
| | TOTAL SERVICE CHARGE : | | 7.20 |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 01/31/25 was 15,832.43

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/03/25 | 9,658.56 | 02/12/25 | 11,672.31 | 02/24/25 | 5,278.31 |
| 02/04/25 | 7,311.43 | 02/13/25 | 4,878.67 | 02/25/25 | 5,278.31 |
| 02/05/25 | 4,580.95 | 02/14/25 | 7,289.65 | 02/26/25 | 9,962.68 |
| 02/06/25 | 10,532.86 | 02/18/25 | 10,198.49 | 02/27/25 | 371.33 |
| 02/07/25 | 11,583.03 | 02/19/25 | 66.98 | 02/28/25 | 364.13 |
| 02/10/25 | 11,058.17 | 02/20/25 | 6,999.06 | | |
| 02/11/25 | 2,894.53 | 02/21/25 | 5,702.62 | | |

This Statement Cycle Reflects 28 Days

CLEVELAND STATE BANK AND GRENADA STATE BANK WILL NEVER CALL YOU AND ASK FOR ANY PERSONAL INFORMATION. THIS INCLUDES YOUR ONLINE BANKING LOGIN, ANSWERS TO YOUR ONLINE BANKING SECURITY QUESTIONS, SOCIAL SECURITY NUMBER, DEBIT CARD AND PINS.

Direct Inquiries About Electronic Entries To:
Phone: (662) 843-9461



 Member FDIC

Continued  1/940/4

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

0067

CAMPBELL FAMILY ENTERPRISES INC   Bank : 067
Account No. :   **4011                            Images : 27
Stmt. Date :    02/28/2025                         Page : 5

## IMAGE STATEMENT


AMT: 800.00  SEQ: 20200420
CK:      DT: 02/13/25  ST: Paid


AMT: 1,000.00  SEQ: 21900290
CK:      DT: 02/21/25  ST: Paid


AMT: 9,300.36  SEQ: 22100110
CK:      DT: 02/27/25  ST: Paid


AMT: 1,058.09  SEQ: 80101380
CK: 1584  DT: 02/03/25  ST: Paid


AMT: 1,564.53  SEQ: 80500500
CK: 1585  DT: 02/04/25  ST: Paid


AMT: 1,102.40  SEQ: 80200330
CK: 1586  DT: 02/11/25  ST: Paid


AMT: 413.76  SEQ: 80400490
CK: 1587  DT: 02/03/25  ST: Paid


AMT: 321.66  SEQ: 80400480
CK: 1588  DT: 02/03/25  ST: Paid


AMT: 1,190.15  SEQ: 80200320
CK: 1589  DT: 02/11/25  ST: Paid


AMT: 1,343.64  SEQ: 80101680
CK: 1590  DT: 02/13/25  ST: Paid


AMT: 321.64  SEQ: 80400330
CK: 1591  DT: 02/10/25  ST: Paid


AMT: 413.77  SEQ: 80400320
CK: 1592  DT: 02/10/25  ST: Paid


AMT: 1,639.01  SEQ: 80101390
CK: 1593  DT: 02/10/25  ST: Paid


AMT: 100.00  SEQ: 80101170
CK: 1594  DT: 02/12/25  ST: Paid


AMT: 77.90  SEQ: 80101540
CK: 1595  DT: 02/10/25  ST: Paid


AMT: 4,000.00  SEQ: 80100050
CK: 1596  DT: 02/13/25  ST: Paid


AMT: 413.76  SEQ: 80400290
CK: 1597  DT: 02/18/25  ST: Paid


AMT: 321.64  SEQ: 80400280
CK: 1598  DT: 02/18/25  ST: Paid

| | | |
|---|---|---|
| **CAMPBELL FAMILY ENTERPRISES INC** | Bank : | 067 |
| Account No. :   **4011 | Images : | 27 |
| Stmt. Date :    02/28/2025 | Page : | 6 |

## IMAGE STATEMENT



AMT: 1,526.68 SEQ: 80300300
CK: 1601  DT: 02/24/25  ST: Paid



AMT: 1,163.92 SEQ: 80000580
CK: 1602  DT: 02/19/25  ST: Paid



AMT: 1,930.44 SEQ: 80101580
CK: 1603  DT: 02/18/25  ST: Paid



AMT: 782.05 SEQ: 80400710
CK: 1604  DT: 02/19/25  ST: Paid



AMT: 2,018.74 SEQ: 80101490
CK: 1605  DT: 02/24/25  ST: Paid



AMT: 1,420.38 SEQ: 22900630
CK: 1606  DT: 02/24/25  ST: Paid



AMT: 413.77 SEQ: 80300280
CK: 1608  DT: 02/24/25  ST: Paid



AMT: 321.64 SEQ: 80300290
CK: 1609  DT: 02/24/25  ST: Paid



AMT: 78.50 SEQ: 23200470
CK: 1611  DT: 02/21/25  ST: Paid

End Statement    1/940/6E