**Fill in this information to identify the case:**

Debtor Name: Campbell Family Enterprises Inc.

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 25-10364-SDM

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: March 2025                                    Date report filed: 04/14/25
                                                                       MM / DD / YYYY

Line of business: Trucking Company                   NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Phillip Bret Campbell

Original signature of responsible party: Phillip Campbell

Printed name of responsible party: Phillip Campbell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |                                                                                                          | Yes | No | N/A |
|-----|----------------------------------------------------------------------------------------------------------|-----|----|-----|
|     | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |     |    |     |
| 1.  | Did the business operate during the entire reporting period?                                             | ✔   |    |     |
| 2.  | Do you plan to continue to operate the business next month?                                              | ✔   |    |     |
| 3.  | Have you paid all of your bills on time?                                                                 |     | ✔  |     |
| 4.  | Did you pay your employees on time?                                                                      | ✔   |    |     |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?          | ✔   |    |     |
| 6.  | Have you timely filed your tax returns and paid all of your taxes?                                       |     | ✔  |     |
| 7.  | Have you timely filed all other required government filings?                                             | ✔   |    |     |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator?          | ✔   |    |     |
| 9.  | Have you timely paid all of your insurance premiums?                                                     | ✔   |    |     |
|     | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |     |    |     |
| 10. | Do you have any bank accounts open other than the DIP accounts?                                          |     | ✔  |     |
| 11. | Have you sold any assets other than inventory?                                                           |     |    | ✔   |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way?    |     | ✔  |     |
| 13. | Did any insurance company cancel your policy?                                                            |     | ✔  |     |
| 14. | Did you have any unusual or significant unanticipated expenses?                                          |     | ✔  |     |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf?                      |     | ✔  |     |
| 16. | Has anyone made an investment in your business?                                                          |     | ✔  |     |

Debtor Name __Campbell Family Enterprises Inc.__        Case number __25-10364-SDM__

17. Have you paid any bills you owed before you filed bankruptcy? ✔
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ✔

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __19794__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.         $ __56205.03__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.         − $ __49803.21__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __6401.82__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __26195.82__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**         $ __0__
    *(Exhibit E)*

Debtor Name  Campbell Family Enterprises Inc.                    Case number 25-10364-SDM

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                        $ _____ 0

      *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                    _____ 3
27. What is the number of employees as of the date of this monthly report?                       _____ 3

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0
30. How much have you paid this month in other professional fees?                                  $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 100000 | – | $ 56205.03 | = | $ 43794.97 |
| 33. **Cash disbursements** | $ 80000 | – | $ 49803.21 | = | $ 30196.79 |
| 34. **Net cash flow** | $ 20000 | – | $ 6401.82 | = | $ 13598.18 |

35. Total projected cash receipts for the next month:                                              $ _____ 80000
36. Total projected cash disbursements for the next month:                                       – $ _____ 60000
37. Total projected net cash flow for the next month:                                            = $ _____ 20000

Debtor Name  Campbell Family Enterprises Inc.                            Case number 25-10364-SDM

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

✔ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

   39. Bank reconciliation reports for each account.

   40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

   41. Budget, projection, or forecast reports.

   42. Project, job costing, or work-in-progress reports.

**Dropbox Sign**    Audit trail

| | |
|---|---|
| Title | Mar. Operating report.pdf |
| File name | Mar.%20Operating%20report.pdf |
| Document ID | 0e480bfe52118d6f0d1a0d079e84c070e412bbea |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  **04 / 22 / 2025**  14:18:11 UTC
Sent for signature to Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com) from trollins@therollinsfirm.com
IP: 173.235.93.166

**VIEWED**  **04 / 22 / 2025**  14:31:42 UTC
Viewed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com)
IP: 69.197.198.218

**SIGNED**  **04 / 22 / 2025**  14:31:59 UTC
Signed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com)
IP: 69.197.198.218

**COMPLETED**  **04 / 22 / 2025**  14:31:59 UTC
The document has been completed.

Powered by **Dropbox Sign**



385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  3/31/25         Page   1
ACCOUNT NO.           XXXXXXXX4176

CAMPBELL FAMILY ENTERPRISES INC
*******************************************
HOLD MAIL
*******************************************

***CHECKING***

Please note that multiple NSF fees per transaction may be incurred if the transaction is presented multiple times and you have insufficient funds in the account.

```
FREE BUSINESS CKING                          Images                            15
Account Number           XXXXXXXX4176        Statement Dates  3/03/25 thru 3/31/25
Previous Balance            11,595.87        Days in this statement period:  29
   10 Deposits/Credits      29,450.08
   57 Checks/Debits         41,045.95
Cycle Service Charge              .00
Interest Paid                     .00
Current Balance                   .00
```

|                     | Total For This Period | Total Year-to-Date |
|---------------------|----------------------:|-------------------:|
| Overdraft item fees | $.00                  | $.02               |
| Return item fees    | $.00                  | $.00               |

Deposits and Additions

| Date | Description | Amount |
|------|-------------|-------:|
| 3/03 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 2,040.39 |
| 3/04 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 5,171.60 |
| 3/05 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 3,378.15 |
| 3/06 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 4,772.86 |
| 3/07 | HARLAND CHECK ORDER REFUND CLOSED ACCOUNT | 210.19 |

Printed 3/31/2025                                                B001 - Page 1 of 8



**BankPlus**
It's more than a name. It's a promise.
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

```
                                    Date   3/31/25          Page      2
                                    ACCOUNT NO.             xxxxxxxx4176
```

FREE BUSINESS CKING                 xxxxxxxx4176  (Continued)

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 3/07 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 2,004.21 |
| 3/11 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 2,900.53 |
| 3/11 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 6,711.20 |
| 3/12 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 150.00 |
| 3/12 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 2,110.95 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/03 | DODGE STORE #680 POS DEB 1809 03/01/25 20753822 ClevelandMS Card# 6776 | 70.12- |
| 3/03 | KYTC MOTOR CARRIERS DBT CRD 1802 02/28/25 22045350 EGOV.COMKY Card# 6776 | 276.66- |
| 3/04 | LOVE S #0559 OUTSIDE DBT CRD 0347 03/04/25 27101951 INDIANOLAMS Card# 6776 | 2.59- |
| 3/04 | CASH APP*PHILLIP CAMPBE IBT DEB 1438 03/03/25 02100478 OaklandCA Card# 6776 | 60.00- |
| 3/04 | LTS WHOLESALE TIRE DBT CRD 2056 03/03/25 25057642 LITTLE ROCKAR Card# 6776 | 285.78- |
| 3/04 | LOVE S TIRE CARE #0559 DBT CRD 0316 03/04/25 29101949 INDIANOLAMS Card# 6776 | 374.49- |
| 3/04 | AC- PILOT TRAVEL CEN PILOTDRAFT CAMPBELL FAMILY ENTERP | 3,880.84- |
| 3/05 | TRI STATE THERMO KING DBT CRD 1531 03/05/25 24262434 | 396.35- |



385A Highland Colony Parkway · Suite 110
Ridgeland, MS 39157

FREE BUSINESS CKING            XXXXXXXX4176   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/06 | MEMPHISTN Card# 6776 CASH APP*PHILLIP CAMPBE IBT DEB 1658 03/05/25 23358326 OaklandCA Card# 6776 | 30.00- |
| 3/06 | SOUTHERN TIRE MART #266 DBT CRD 1730 03/06/25 27300691 601-424-3256MS Card# 6776 | 53.50- |
| 3/06 | KROGER FUEL #5370 POS DEB 0746 03/06/25 00121913 602A NORTH DAVIS CLEVELANDMS   C# 6776 | 57.54- |
| 3/06 | STRAIGHTTALK*AIRTIME DBT CRD 0313 03/06/25 22103909 877-430-2355FL Card# 6776 | 60.30- |
| 3/06 | ON THE GO BOYLE POS DEB 1257 03/05/25 13019746 BOYLEMS Card# 6776 | 70.99- |
| 3/06 | CASH APP*PHILLIP CAMPBE IBT DEB 1712 03/05/25 23488230 OaklandCA Card# 6776 | 250.00- |
| 3/07 | CASH APP*PHILLIP CAMPBE IBT DEB 1714 03/06/25 34191639 OaklandCA Card# 6776 | 30.00- |
| 3/07 | CASH APP*PHILLIP CAMPBE IBT DEB 0106 03/07/25 39229869 OaklandCA Card# 6776 | 60.00- |
| 3/07 | CASH APP*PHILLIP CAMPBE IBT DEB 1102 03/06/25 30769053 OaklandCA Card# 6776 | 90.00- |
| 3/07 | ECONO LODGES DBT CRD 1529 03/07/25 25260659 LENOIR CITYTN Card# 6776 | 102.29- |
| 3/07 | AC- Sentry Select Ins Pmt Campbell Family Enterp | 5,530.11- |
| 3/10 | O REILLY 1452 POS DEB 1303 03/08/25 14750230 CLEVELANDMS Card# 6776 | 4.80- |
| 3/10 | BOYLE LUMBER COMPANY IN DBT CRD 1444 03/09/25 28001673 | 14.96- |



**BankPlus**
It's more than a name. It's a promise.

385A Highland Colony Parkway · Suite 110
Ridgeland, MS 39157

Date  3/31/25       Page    4
ACCOUNT NO.        XXXXXXXX4176

FREE BUSINESS CKING                XXXXXXXX4176  (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| | BOYLEMS Card# 6776 | |
| 3/10 | TRACTOR SUPPLY #2438 POS DEB 1712 03/08/25 00818497 306 E SUNFLOWER ROAD CLEVELANDMS      C# 6776 | 18.03- |
| 3/10 | O REILLY 1452 POS DEB 1259 03/08/25 13929183 CLEVELANDMS Card# 6776 | 22.45- |
| 3/10 | HARBOR FREIGHT TOOLS POS DEB 1442 03/08/25 20995867 CLEVELANDMS Card# 6776 | 42.63- |
| 3/10 | CASH APP*PHILLIP CAMPBE IBT DEB 1421 03/07/25 44320755 OaklandCA Card# 6776 | 50.00- |
| 3/10 | CSH ADV 2055 03/07/25 76120674 REGIONS BANK CASH ADVAN CLEVELANDMS Card# 6776 | 100.00- |
| 3/10 | CASH APP*PHILLIP CAMPBE IBT DEB 1905 03/09/25 18331389 OaklandCA Card# 6776 | 300.00- |
| 3/10 | S & W TOWING SERVICE DBT CRD 1714 03/08/25 20000019 TUCKERGA Card# 6776 | 550.00- |
| 3/10 | 247 TIRE SERVICE DBT CRD 2043 03/07/25 21082936 JONESBOROGA Card# 6776 | 925.00- |
| 3/11 | AUTOZONE  0437 715 HWY 61 POS DEB 2059 03/10/25 01462874 CLEVELANDMS Card# 6776 | 42.79- |
| 3/11 | CASH APP*PHILLIP CAMPBE IBT DEB 2332 03/10/25 29546015 OaklandCA Card# 6776 | 60.00- |
| 3/11 | CASH APP*PHILLIP CAMPBE IBT DEB 0030 03/11/25 30028263 OaklandCA Card# 6776 | 65.00- |
| 3/11 | CASH APP*PHILLIP CAMPBE IBT DEB 1758 03/10/25 26305078 OaklandCA Card# 6776 | 200.00- |

Printed 3/31/2025


BankPlus
It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date 3/31/25   Page 5
ACCOUNT NO.   XXXXXXXX4176

FREE BUSINESS CKING           XXXXXXXX4176   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/11 | AC- PILOT TRAVEL CEN PILOTDRAFT | 5,098.08- |
| 3/12 | CAMPBELL FAMILY ENTERP ON THE GO BOYLE POS DEB 1612 03/11/25 17119870 BOYLEMS Card# 6776 | 30.19- |
| 3/14 | CASH APP*PHILLIP CAMPBE IBT DEB 1856 03/13/25 07409980 OaklandCA Card# 6776 | 65.00- |
| 3/17 | CASH APP*PHILLIP CAMPBE IBT DEB 1623 03/14/25 18504662 OaklandCA Card# 6776 | 30.00- |
| 3/24 | DD *DOORDASHDASHPASS DBT CRD 1946 03/21/25 25100034 DOORDASH.COMCA Card# 6776 | 9.99- |
| 3/24 | DD *DOORDASH DASHMART DBT CRD 2225 03/22/25 21100046 DOORDASH.COMCA Card# 6776 | 16.25- |
| 3/24 | DD *DOORDASH AMERICAND DBT CRD 0647 03/24/25 20100080 DOORDASH.COMCA Card# 6776 | 25.18- |
| 3/24 | DD *DOORDASH TACOMAC DBT CRD 0819 03/23/25 24100098 DOORDASH.COMCA Card# 6776 | 29.48- |
| 3/28 | Closing entry - zero balance | 539.05- |

Check Transactions

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 3/13 |  | 9,500.00 | 3/06 | 1009 | 1,444.26 |
| 3/03 | 1002* | 771.30 | 3/10 | 1010 | 1,364.09 |
| 3/04 | 1003 | 1,605.08 | 3/11 | 1011 | 781.58 |
| 3/03 | 1004 | 1,511.46 | 3/10 | 1012 | 1,283.83 |
| 3/03 | 1005 | 413.77 | 3/10 | 1013 | 898.26 |
| 3/03 | 1006 | 321.64 | 3/10 | 1014 | 413.77 |
| 3/03 | 1007 | 294.83 | 3/10 | 1015 | 321.64 |
| 3/07 | 1008 | 200.00 | | | |

* Denotes missing check numbers



**BankPlus**
*It's more than a name. It's a promise.*
Member FDIC
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

```
                                   Date  3/31/25         Page     6
                                   ACCOUNT NO.           XXXXXXXX4176
```

FREE BUSINESS CKING            XXXXXXXX4176   (Continued)

Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | 9,976.48 | 3/10 | 4,619.91 | 3/17 | 619.95 |
| 3/04 | 8,939.30 | 3/11 | 7,984.19 | 3/24 | 539.05 |
| 3/05 | 11,921.10 | 3/12 | 10,214.95 | 3/28 | .00 |
| 3/06 | 14,727.37 | 3/13 | 714.95 | | |
| 3/07 | 10,929.37 | 3/14 | 649.95 | | |

Printed 3/31/2025

B001 - Page 6 of 8



**BankPlus**
It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

CHECKING WITHDRAWAL
CUST. NAME: Phillip Bret Campbell
SIGNATURE: [signed]    DATE: 3/13/25
EFF. DATE:
APP. BY:
PREPD BY: J. Garza
2000744176    $ 9500.00

Check: 0  Amount: $9,500.00  Date: 3/13/2025  Pay First Transaction

---

CAMPBELL FAMILY ENTERPRISES INC  1002
DATE 2/28/25
PAY TO THE ORDER OF: Jertavian McCain  $ 771.30
Seven hundred seventy-one and 30/100 cents DOLLARS
BankPlus
M Campbell

Check: 1002  Amount: $771.30  Date: 3/3/2025  Check  1002

---

CAMPBELL FAMILY ENTERPRISES INC  1003
DATE 2/28/25
PAY TO THE ORDER OF: Antonyo Watson  $ 1,605.08
One thousand six hundred five and 8/100 cents DOLLARS
BankPlus
M Campbell

Check: 1003  Amount: $1,605.08  Date: 3/4/2025  Check  1003

---

CAMPBELL FAMILY ENTERPRISES INC  1004
DATE 2/28/25
PAY TO THE ORDER OF: Isaiah Nailer  $ 1,511.46
One thousand five hundred eleven and 46/100 cents DOLLARS
BankPlus
M Campbell

Check: 1004  Amount: $1,511.46  Date: 3/3/2025  Check  1004

---

CAMPBELL FAMILY ENTERPRISES INC  1005
DATE 2/28/25
PAY TO THE ORDER OF: Bret Campbell  $ 413.77
Four hundred thirteen and 77/100 cents DOLLARS
BankPlus
M Campbell

Check: 1005  Amount: $413.77  Date: 3/3/2025  Check  1005

---

CAMPBELL FAMILY ENTERPRISES INC  1006
DATE 2/28/25
PAY TO THE ORDER OF: Mallorey Campbell  $ 321.64
Three hundred twenty-one and 64/100 cents DOLLARS
BankPlus
M Campbell

Check: 1006  Amount: $321.64  Date: 3/3/2025  Check  1006

---

CAMPBELL FAMILY ENTERPRISES INC  1007
DATE 2/28/25
PAY TO THE ORDER OF: Connor Johnson  $ 294.83
Two hundred ninety-four and 83/100 cents DOLLARS
BankPlus
M Campbell

Check: 1007  Amount: $294.83  Date: 3/3/2025  Check  1007

---

CAMPBELL FAMILY ENTERPRISES INC  1008
DATE 3/1/25
PAY TO THE ORDER OF: Marcella Flowers  $ 200.00
Two hundred dollars & 00 cents
BankPlus
FOR: truck cleaning's
P Carter

Check: 1008  Amount: $200.00  Date: 3/7/2025  Check  1008

---

CAMPBELL FAMILY ENTERPRISES INC  1009
DATE 2/21/25
PAY TO THE ORDER OF: Isaiah Nailer  $ 1,444.26
One thousand four hundred forty-four dollars & 26/100 DOLLARS
BankPlus
FOR: Payroll
P Carter

Check: 1009  Amount: $1,444.26  Date: 3/6/2025  Check  1009

---

CAMPBELL FAMILY ENTERPRISES INC  1010
DATE 3/7/25
PAY TO THE ORDER OF: Jertavian McCain  $ 1,364.09
One thousand three hundred sixty-four and 9/100 cents DOLLARS
BankPlus
M Campbell

Check: 1010  Amount: $1,364.09  Date: 3/10/2025  Check  1010

---

CAMPBELL FAMILY ENTERPRISES INC  1011
DATE 3/7/25
PAY TO THE ORDER OF: Antonyo Watson  $ 781.58
Seven hundred eighty-one and 58/100 cents DOLLARS
BankPlus
M Campbell

Check: 1011  Amount: $781.58  Date: 3/11/2025  Check  1011

---

CAMPBELL FAMILY ENTERPRISES INC  1012
DATE 3/7/25
PAY TO THE ORDER OF: Isaiah Nailer  $ 1,283.83
One thousand two hundred eighty-three and 83/100 cents DOLLARS
BankPlus
M Campbell

Check: 1012  Amount: $1,283.83  Date: 3/10/2025  Check  1012

---



**BankPlus**
It's more than a name. It's a promise.
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157



Check: 1013  Amount: $898.26  Date: 3/10/2025  Check         1013

Check: 1014  Amount: $413.77  Date: 3/10/2025  Check         1014

Check: 1015  Amount: $321.64  Date: 3/10/2025  Check         1015



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

ACCOUNT #   0361427500
                    001
Cycle           26
Enclosures       0
Page         1 of 4

## ADVANTAGE BUSINESS CHECKING
March 7, 2025 through March 31, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Minimum Daily Balance | $100 |
| Deposits & Credits | $56,205.03 + | Average Monthly Statement Balance | $9,072 |
| Withdrawals | $30,607.80 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $19,195.41 - | | |
| Ending Balance | $6,401.82 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/07 | Deposit - Thank You | 100.00 |
| 03/11 | Deposit - Thank You | 500.00 |
| 03/14 | Smartfreight Dp  Smart Frei Campbell Famil 517329 | 1,545.17 |
| 03/14 | Smartfreight Dp  Smart Frei Campbell Famil 517491 | 4,171.00 |
| 03/17 | Smartfreight Dp  Smart Frei Campbell Famil 518231 | 4,961.25 |
| 03/18 | Deposit - Thank You | 9,400.00 |
| 03/19 | Smartfreight Dp  Smart Frei Campbell Famil 519336 | 4,582.21 |
| 03/20 | Pt Corporation I Settlement Campbell Famil | 5,036.13 |
| 03/20 | Smartfreight Dp  Smart Frei Campbell Famil 519865 | 1,632.55 |
| 03/21 | Pt Corporation I Settlement Campbell Famil | 746.87 |
| 03/21 | Smartfreight Dp  Smart Frei Campbell Famil 520372 | 3,103.86 |
| 03/24 | Pt Corporation I Settlement Campbell Famil | 1,288.00 |
| 03/25 | Smartfreight Dp  Smart Frei Campbell Famil 521164 | 5,540.45 |
| 03/26 | Smartfreight Dp  Smart Frei Campbell Famil 522234 | 4,100.45 |
| 03/27 | Pt Corporation I Settlement Campbell Famil | 2,089.20 |
| 03/27 | Smartfreight Dp  Smart Frei Campbell Famil 522687 | 1,570.62 |
| 03/28 | Pt Corporation I Settlement Campbell Famil | 1,138.05 |
| 03/28 | Deposit - Thank You | 639.05 |
| 03/28 | Smartfreight Dp  Smart Frei Campbell Famil 523252 | 2,923.92 |
| 03/31 | Pt Corporation I Settlement Campbell Famil | 1,136.25 |

Total Deposits & Credits  $56,205.03

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/14 | PIN Purchase Murphy7388atwa  5542 Cleveland    8191 | 71.99 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

ACCOUNT #  0361427500

001
Cycle     26
Enclosures 0
Page     2 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 03/17 | Card Purchase General Truck S  5511 Memphis    TN 38116   8191 | 877.78 |
| 03/17 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 300.00 |
| 03/17 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 200.00 |
| 03/17 | PIN Purchase O Reilly 1452    5533 Cleveland    MS       8191 | 64.15 |
| 03/17 | Card Purchase Harbor Freight   5251 Cleveland    MS 38732  8191 | 73.24 |
| 03/17 | PIN Purchase Wm Superc Wal-   5411 Cleveland             8191 | 28.50 |
| 03/17 | Card Purchase Boyle Lumber CO  5211 Boyle       MS 38730  8191 | 12.84 |
| 03/17 | PIN Purchase Tractor Supply    5599 Cleveland    MS       8191 | 4.27 |
| 03/17 | PIN Purchase Love S #0559 O    5542 Indianola    MS       8191 | 1.79 |
| 03/18 | Card Purchase Love S Tire Car  7538 Indianola    MS 38751  8191 | 26.74 |
| 03/18 | Card Purchase Boyle Lumber CO  5211 Boyle       MS 38730  8191 | 13.85 |
| 03/18 | PIN Purchase Love S #0559 I    5541 Indianola    MS       8191 | 47.06 |
| 03/18 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 4,557.66 |
| 03/18 | PIN Purchase On The Go Clev    5542 Cleveland    MS       8191 | 30.22 |
| 03/19 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 50.00 |
| 03/19 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 100.00 |
| 03/19 | Ross Diesel Repa Sale Campbell Famil | 479.85 |
| 03/20 | Card Purchase Byrds Service S  5532 Cleveland    MS 38732  8191 | 24.47 |
| 03/20 | Card Purchase On The Go Boyle  5541 Boyle       MS 38730  8191 | 8.11 |
| 03/20 | Card Purchase Economy Auto PA  5533 Cleveland    MS 38732  8191 | 42.95 |
| 03/20 | PIN Purchase On The Go Boyl    5542 Boyle       MS       8191 | 53.48 |
| 03/20 | PIN Purchase Harbor Freight    5251 Cleveland             8191 | 107.43 |
| 03/21 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 70.00 |
| 03/21 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 85.00 |
| 03/21 | Recurring Card Transaction Intuit *Qbooks  5734 Cl.Intuit.Com CA 94043  8191 | 35.00 |
| 03/21 | Recurring Card Transaction Intuit *Qbooks  5734 Cl.Intuit.Com CA 94043  8191 | 110.00 |
| 03/21 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 1,500.00 |
| 03/21 | Harland Clarke   Chk Orders Campbell Famil | 485.45 |
| 03/24 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 300.00 |
| 03/24 | Card Purchase Harbor Freight   5251 Cleveland    MS 38732  8191 | 19.25 |
| 03/24 | Card Purchase Smart Mart       5541 Boyle       MS 38730  8191 | 70.00 |
| 03/25 | Card Purchase Bulkloads Now L  8699 800-5189240 MO 65804   8191 | 75.00 |
| 03/25 | Card Purchase Delta Thunder M  5533 662-7564400 MS 38771   8191 | 57.37 |
| 03/25 | Card Purchase Cleveland Truck  7538 Cleveland    MS 38732  8191 | 276.86 |
| 03/25 | Card Purchase Boyle Lumber CO  5211 Boyle       MS 38730  8191 | 3.42 |
| 03/25 | Card Purchase General Truck S  5511 Memphis    TN 38116   8191 | 1,437.80 |
| 03/25 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 5,403.17 |
| 03/25 | PIN Purchase On The Go Boyl    5541 Boyle       MS       8191 | 99.84 |
| 03/26 | Card Purchase Rick S Express   5542 Cleveland    MS 38732  8191 | 42.10 |
| 03/26 | Card Purchase Quality Inns     3508 Cleveland    MS 38732  8191 | 91.56 |
| 03/26 | Card Purchase Smart Mart       5541 Boyle       MS 38730  8191 | 5.00 |
| 03/27 | Card Purchase Murphy7388atwal  5542 Cleveland    MS 38732  8191 | 74.87 |
| 03/27 | Card Purchase General Truck S  5511 Memphis    TN 38116   8191 | 798.20 |
| 03/27 | PIN Purchase O Reilly 1452    5533 Cleveland    MS       8191 | 4.91 |
| 03/27 | PIN Purchase Rick S Ex 100    5542 Cleveland             8191 | 40.01 |
| 03/28 | PIN Purchase Wm Superc Wal-   5411 Indianola             8191 | 12.53 |
| 03/31 | Card Purchase Greatamerican    6300 512-387-8111 OH 45202  8191 | 304.66 |
| 03/31 | Card Purchase Cash App*philli  4829 Oakland    CA 94612   8191 | 200.00 |
| 03/31 | Card Purchase Vowell S Fuel C  5541 Cleveland    MS 38732  8191 | 40.00 |
| 03/31 | Card Purchase Boyle Lumber CO  5211 Boyle       MS 38730  8191 | 33.27 |
| 03/31 | PIN Purchase Tractor Supply    5599 Cleveland    MS       8191 | 2.99 |
| 03/31 | PIN Purchase Wal-Mart #1530    5411 Cleveland             8191 | 42.77 |
| 03/31 | Sentry Select   Ins Pmt Campbell Famil 208803333 | 11,669.36 |



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

ACCOUNT #   0361427500

001
Cycle       26
Enclosures   0
Page       3 of 4

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/31 | PIN Purchase Harbor Freight  5251 Cleveland | | 8191 | 41.03 |
| | | | Total Withdrawals | $30,607.80 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/14 | 103 | 321.64 | 03/25 | 119 | 336.72 |
| 03/14 | 104 | 1,462.93 | 03/21 | 122 * | 1,058.62 |
| 03/26 | 105 | 1,210.45 | 03/24 | 123 | 1,647.00 |
| 03/14 | 106 | 775.13 | 03/24 | 124 | 300.00 |
| 03/17 | 107 | 789.11 | 03/27 | 125 | 100.00 |
| 03/17 | 108 | 864.50 | 03/25 | 126 | 304.00 |
| 03/14 | 109 | 413.77 | 03/28 | 127 | 567.10 |
| 03/14 | 110 | 141.31 | 03/28 | 128 | 1,460.55 |
| 03/20 | 111 | 404.15 | 03/28 | 129 | 452.03 |
| 03/21 | 112 | 20.00 | 03/31 | 130 | 426.84 |
| 03/20 | 114 * | 2,406.00 | 03/28 | 132 * | 413.77 |
| 03/21 | 115 | 413.76 | 03/28 | 133 | 321.64 |
| 03/21 | 116 | 321.65 | 03/28 | 134 | 448.84 |
| 03/25 | 117 | 378.83 | 03/31 | 135 | 272.00 |
| 03/21 | 118 | 743.07 | 03/28 | 136 | 420.00 |
| | | | | Total Checks | $19,195.41 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/07 | 100.00 | 03/19 | 13,551.30 | 03/26 | 15,052.10 |
| 03/11 | 600.00 | 03/20 | 17,173.39 | 03/27 | 17,693.93 |
| 03/14 | 3,129.40 | 03/21 | 16,181.57 | 03/28 | 18,298.49 |
| 03/17 | 4,874.47 | 03/24 | 15,133.32 | 03/31 | 6,401.82 |
| 03/18 | 9,598.94 | 03/25 | 12,300.76 | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.