

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     Campbell Family Enterprises, Inc, Debtor          Case No. 25-10364-SDM
                                                                                             CHAPTER 11

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THIS CAUSE came on for consideration of the Application to Employ an Accountant (Dkt. 49 ), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED THAT:

1. The Debtor is authorized to employ Gainspoletti & Associates, CPA, LLC (the "Firm") as its accountant, effective as of the date of the Application.

2. The Firm is authorized to provide bookkeeping, tax planning, tax return preparation, and financial reporting services as outlined in the Application.

3. Compensation for the Firm's services shall be at the following hourly rates, subject to final Court approval under 11 U.S.C. §§ 330 and 331:

    Kelly Matthews, EA – $90/hour

    Marcia Houser, CPA – $169/hour

    Jennifer Armstrong, CPA – $475/hour

4. The Firm shall file fee applications in compliance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Rules, and no compensation shall be paid except upon further order of the Court.

5. The Firm shall immediately disclose any conflicts of interest that may arise during the course of its engagement.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com