

SO ORDERED,

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Campbell Family Enterprises, Inc, Debtor          Case No. 25-10364-SDM
                                                                                                    CHAPTER 11

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

THIS CAUSE came on for consideration of the Application to Employ an Accountant (Dkt. 49 ), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED THAT:

1. The Debtor is authorized to employ Gainspoletti & Associates, CPA, LLC (the "Firm") as its accountant, effective as of the date of the Application.

2. The Firm is authorized to provide bookkeeping, tax planning, tax return preparation, and financial reporting services as outlined in the Application.

3. Compensation for the Firm's services shall be at the following hourly rates, subject to final Court approval under 11 U.S.C. §§ 330 and 331:

   Kelly Matthews, EA – $90/hour

   Marcia Houser, CPA – $169/hour

   Jennifer Armstrong, CPA – $475/hour

4. The Firm shall file fee applications in compliance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Rules, and no compensation shall be paid except upon further order of the Court.

5. The Firm shall immediately disclose any conflicts of interest that may arise during the course of its engagement.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10364-SDM |
| Campbell Family Enterprises, Inc | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Campbell Family Enterprises, Inc, 1214 Waverly Ave, Cleveland, MS 38732-4139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 25, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com   mhankins@jlpalaw.com |
| Robert A. Byrd | rab@byrdwiser.com   rbyrdMSN@ecf.axosfs.com |
| Robert A. Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com   rbyrdMSN@ecf.axosfs.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Campbell Family Enterprises  Inc trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Apr 23, 2025 | Form ID: pdf0003 | Total Noticed: 1

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 6