**Fill in this information to identify the case:**

Debtor Name Campbell Family Enterprises Inc.

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-10364-SDM

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: Feb. 2025

Date report filed: 4/11/25
MM / DD / YYYY

Line of business: Trucking Company

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Phillip Bret Campbell

Original signature of responsible party: Phillip Campbell

Printed name of responsible party: Phillip Campbell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Doc ID: 69fa64f5b8293267d4d12ce487410e83f776bd22

Debtor Name  Campbell Family Enterprises Inc.                            Case number 25-10364-SDM

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ __15832.43__

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.   $ __87562.82__

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.   − $ __91525.04__

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.   + $ __3962.22__

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ __19794.65__

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____0__

   *(Exhibit E)*

Doc ID: 69fa64f5b8293267d4d12ce487410e83f776bd22

Debtor Name Campbell Family Enterprises Inc.                          Case number 25-10364-SDM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $_____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          2

27. What is the number of employees as of the date of this monthly report?             3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $_____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $_____ 0.00

30. How much have you paid this month in other professional fees?     $_____ 0

31. How much have you paid in total other professional fees since filing the case?     $_____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $_____ | — | $ 87662.82 | = | $_____ |
| 33. **Cash disbursements** | $_____ | — | $ 91528.04 | = | $_____ |
| 34. **Net cash flow** | $_____ | — | $ 9865 | = | $_____ |

35. Total projected cash receipts for the next month:          $ 100000

36. Total projected cash disbursements for the next month:     = $ 80000

37. Total projected net cash flow for the next month:          = $ 20000

Doc ID: 69fa64f5b8293267d4d12ce487410e83f776bd22

Debtor Name  Campbell Family Enterprises Inc.                              Case number  25-10364-SDM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Doc ID: 69fa64f5b829326784d12cc487410c83f776bd22

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Feb. Operating report.pdf |
| **File name** | Feb.%20Operating%20report.pdf |
| **Document ID** | 69fa64f5b8293267d4d12ce487410e83f776bd22 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ↷ **SENT** | **04 / 22 / 2025** 14:18:48 UTC | Sent for signature to Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com) from trollins@therollinsfirm.com IP: 173.235.93.166 |
| ◎ **VIEWED** | **04 / 22 / 2025** 14:32:08 UTC | Viewed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com) IP: 69.197.198.218 |
| ✓ **SIGNED** | **04 / 22 / 2025** 14:32:19 UTC | Signed by Campbell Family Enterprises, Inc (bret@campbellfamilyinc.com) IP: 69.197.198.218 |
| ✓ **COMPLETED** | **04 / 22 / 2025** 14:32:19 UTC | The document has been completed. |

Powered by **Dropbox** Sign



**BankPlus**
It's more than a name. It's a promise.

Member FDIC

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  2/28/25         Page    1
ACCOUNT NO.            xxxxxxxx4176

CAMPBELL FAMILY ENTERPRISES INC
1412 WAVERLY AVE
CLEVELAND MS 38732

***CHECKING***

Please note that multiple NSF fees per transaction may be incurred if the
transaction is presented multiple times and you have insufficient funds in the
account.

| | | |
|---|---|---|
| FREE BUSINESS CKING | Images | 3 |
| Account Number          xxxxxxxx4176 | Statement Dates   2/13/25 thru  3/02/25 | |
| Previous Balance                 .00 | Days in this statement period:        18 | |
| 4 Deposits/Credits         12,206.08 | | |
| 2 Checks/Debits               610.19 | | |
| Cycle Service Charge              .02 | | |
| Interest Paid                     .00 | | |
| Current Balance            11,595.87 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.02 | $.02 |
| Return item fees | $.00 | $.00 |

Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 2/13 | Deposit/Credit | 100.00 |
| 2/26 | RTP deposit from #GDQ Motive v | .01 |
| | ia #GDQ Motive via Plaid | |
| 2/27 | Deposit/Credit | 9,300.36 |
| 2/28 | AC- SMARTFREIGHT DP | 2,805.71 |
| | SMART FREI | |
| | Campbell Family Enterp | |

Checks and withdrawals

| Date | Description | Amount |
|---|---|---|
| 2/27 | AC- HARLAND CLARKE | 210.19- |
| | CHK ORDERS | |

Printed 2/28/2025                                                B001 - Page 1 of 3



**BankPlus**
It's more than a name. It's a promise.

Member FDIC

385A Highland Colony Parkway · Suite 110
Ridgeland, MS 39157

Date  2/28/25
ACCOUNT NO.

Page      2
XXXXXXXX4176

FREE BUSINESS CKING                XXXXXXXX4176  (Continued)

Checks and withdrawals
| Date | Description | Amount |
|------|-------------|--------|
| | CAMPBELL FAMILY ENTERP | |
| 2/28 | Withdrawal | 400.00- |
| 3/02 | OD/ UCF Interest Charge | .02- |

Balance By Date
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/13 | 100.00 | 2/27 | 9,190.18 | 3/02 | 11,595.87 |
| 2/26 | 100.01 | 2/28 | 11,595.89 | | |

# **Bank**Plus®

It's more than a name. It's a promise.™

Member FDIC
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

---

**CHECKING WITHDRAWAL**

CUST NAME Campbell Family ent inc.         SIGNATURE

DATE 2-28-25

EFF DATE
AFR BY
PREPRD BY J Holbrook

2000744176            $        400 00

⑆5706⑆000⑈

Check: 0 Amount: $400.00 Date: 2/28/2025 Withdrawal

---

| Credit | | DDA Deposit | |
|---|---|---|---|
| Bank | BankPlus | Date/Time | 2/27/2025  11:24 AM |
| Branch # | 133 | Workstation | X7706564 |
| Branch Name | Cleveland North Davis Ave | HIN # | 5000396000048 |
| Teller ID | X77AA0601B | Owner | CAMPBELL FAMILY ENTER |
| Drawer # | 13202 | | |
| Trans # | 20 | | |
| Misc | Chk 30A depos | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5706 0011 | 2000744176 | 36 | $9,300.36 |

Check: 0 Amount: $9,300.36 Date: 2/27/2025 Deposit/Credit

---

**CHECKING DEPOSIT    Bank**Plus

NAME Campbell Family
ADDRESS
SIGNATURE
DATE

CURRENCY
COIN
CHECKS
SUB-TOTAL
LESS CASH RECEIVED

2000744176            $        100 00

⑆5706⑆0011⑈

Check: 0 Amount: $100.00 Date: 2/13/2025 Deposit/Credit

---

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



Cleveland STATE BANK / Grenada STATE BANK

**Contact Us**

| | |
|---|---|
| Branch Name | CLEVELAND |
| Phone Number | (662) 843-9461 |
| Address | 110 COMMERCE AVE CLEVELAND MS 38732 |
| Online Access | https://clevelandstatebank.com |

CAMPBELL FAMILY ENTERPRISES INC
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

Statement Date: **02/28/2025**                    Account No.    **\*\*4011** Page: 1

### Regular Business Checking SUMMARY

Type : REG  Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 01/31/25 | | 15,832.43 |
| Debits | 27 | 35,038.43 |
| Automatic Withdrawals | 41 | 46,157.98 |
| Automatic Deposits | 25 | 73,845.54 + |
| Card Activity | 34 | 9,651.44 |
| Miscellaneous Fees | 2 | 70.00 |
| Miscellaneous Credits | 1 | 1,611.21 + |
| TOTAL SERVICE CHARGE | | 7.20 |
| Ending Balance On 02/28/25 | | 364.13 |

### ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 02/03/25 | PT CORPORATION I SETTLEMENT | 3,191.31 |
| 02/03/25 | SMARTFREIGHT DP SMART FREI | 5,159.64 |
| 02/04/25 | SMARTFREIGHT DP SMART FREI | 4,462.00 |
| 02/04/25 | PT CORPORATION I SETTLEMENT | 4,537.65 |
| 02/06/25 | SMARTFREIGHT DP SMART FREI | 6,048.13 |
| 02/07/25 | 4830 MCD RTN FONE TECH CLEVELAND MS | 275.65 |
| 02/07/25 | SMARTFREIGHT DP SMART FREI | 1,007.75 |
| 02/07/25 | INSURANCE-MOBILE TRANSFER FROM CHK 4569 TO CHK 4011 9073244 | 2,000.00 |
| 02/10/25 | PT CORPORATION I SETTLEMENT | 1,095.75 |
| 02/10/25 | SMARTFREIGHT DP SMART FREI | 3,607.14 |
| 02/12/25 | SMARTFREIGHT DP SMART FREI | 1,218.80 |
| 02/12/25 | SMARTFREIGHT DP SMART FREI | 2,946.04 |
| 02/12/25 | PT CORPORATION I SETTLEMENT | 5,564.18 |
| 02/14/25 | SMARTFREIGHT DP SMART FREI | 3,838.92 |
| 02/18/25 | SMARTFREIGHT DP SMART FREI | 2,908.84 |
| 02/19/25 | EFT MISCELLANEOUS RETURN R29-CORP NOT AUTH | 1,611.21 |
| 02/19/25 | PT CORPORATION I SETTLEMENT | 3,155.85 |
| 02/20/25 | MOBILE TRANSFER FROM CHK 4569 TO CHK 4011 9858395 | 750.00 |
| 02/20/25 | SMARTFREIGHT DP SMART FREI | 3,121.08 |
| 02/20/25 | PT CORPORATION I SETTLEMENT | 3,155.49 |
| 02/21/25 | REFUND STOP PAY FEE | 35.00 |
| 02/24/25 | SMARTFREIGHT DP SMART FREI | 1,710.40 |
| 02/24/25 | PT CORPORATION I SETTLEMENT | 2,074.41 |
| 02/24/25 | SMARTFREIGHT DP SMART FREI | 4,233.57 |
| 02/26/25 | PT CORPORATION I SETTLEMENT | 2,031.48 |
| 02/26/25 | SMARTFREIGHT DP SMART FREI | 5,716.46 |

Member FDIC
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Continued    1/940/1

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



Cleveland **(((** Grenada
STATE BANK    STATE BANK

Statement Date: **02/28/2025**                          Account No.        **4011 Page:  2

### ELECTRONIC DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 02/03/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/03/25 | 4830 PUR FONE TECH CLEVELAND MS | 315.65 |
| 02/03/25 | 4830 PUR DODGE STORE 680 CLEVELAND MS | 16.31 |
| 02/03/25 | 4830 PUR TRACTOR SUPPLY 2438 CLEVELAND MS | 12.02 |
| 02/03/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 200.00 |
| 02/03/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 1,984.25 |
| 02/03/25 | 4830 MCD PUR CASH APP DOUBLE R OAKLAND CA | 67.00 |
| 02/03/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 60.00 |
| 02/03/25 | 4830 MCD PUR GOOGLE GSUITE CAMPBEL 650-253-0000 CA | 7.20 |
| 02/03/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 60.00 |
| 02/03/25 | 4830 MCD PUR O REILLY 1452 CLEVELAND MS | 102.67 |
| 02/03/25 | TRANSFER TO LOANS **8228- 10 | 522.85 |
| 02/03/25 | TRANSFER TO LOANS **9978- 10 | 2,853.25 |
| 02/03/25 | SENTRY SELECT INS PMT | 5,530.11 |
| 02/04/25 | 4830 MCD PUR CASH APP DOORDASH SAN FRANCISCO CA | 14.96 |
| 02/04/25 | 4830 MCD PUR TRUCK PRO LELAND MS | 272.95 |
| 02/04/25 | BEST EGG PAYMENT | 309.64 |
| 02/04/25 | PILOT TRAVEL CEN PILOTDRAFT | 2,065.75 |
| 02/04/25 | LOVES TRAVEL STO PAYMENTS | 2,565.38 |
| 02/04/25 | MOTIVE CARD PAYMENT | 4,553.57 |
| 02/05/25 | 4830 MCD PUR CASH APP JAKERRIUS WIL OAKLAND CA | 350.00 |
| 02/05/25 | ACIMA 8012971982 | 672.75 |
| 02/05/25 | LOVES TRAVEL STO PAYMENTS | 1,707.73 |
| 02/06/25 | 4830 MCD PUR CASH APP BARRON PAYTON OAKLAND CA | 16.00 |
| 02/06/25 | 0216 MCD PUR DRIVEWYZE INC. 8889881590 TX | 22.47 |
| 02/06/25 | 0216 MCD PUR DRIVEWYZE INC. 8889881590 TX | 57.75 |
| 02/07/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 66.00 |
| 02/07/25 | 4830 MCD PUR SQ TRANSPORT PARTS IN 877-417-4551 TN | 559.29 |
| 02/07/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/07/25 | APPLECARD GSBANK PAYMENT | 60.00 |
| 02/07/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/07/25 | INTUIT * QBOOKS ONL | 145.00 |
| 02/07/25 | ALLY ALLY PAYMT | 1,250.00 |
| 02/10/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/10/25 | 4830 MCD PUR CASH APP ISAAC SAGO OAKLAND CA | 1,290.43 |
| 02/10/25 | 4830 MCD PUR MOTIVE 855-434-3564 855-434-3564 CA | 335.00 |
| 02/10/25 | APPLECARD GSBANK PAYMENT | 150.00 |
| 02/11/25 | APPLECARD GSBANK PAYMENT | 47.31 |
| 02/11/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/11/25 | CREDIT FIRST NA CFNA PYMT | 96.00 |
| 02/11/25 | PILOT TRAVEL CEN PILOTDRAFT | 1,443.35 |
| 02/11/25 | LOVES TRAVEL STO PAYMENTS | 2,041.00 |
| 02/11/25 | MOTIVE CARD PAYMENT | 2,193.43 |
| 02/12/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 69.00 |
| 02/12/25 | 0216 MCD PUR IN MYDRUGTESTINGPROGR 219-2901225 IN | 175.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 40.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 50.00 |
| 02/12/25 | APPLECARD GSBANK PAYMENT | 60.00 |
| 02/12/25 | LOVES TRAVEL STO PAYMENTS | 457.24 |
| 02/13/25 | 4830 MCD PUR CASH APP LIL KRUG OAKLAND CA | 650.00 |
| 02/14/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |

  Member **FDIC**                    **Continued**      1/940/2

SEE REVERSE SIDE FOR IMPORTANT INFORMATION



CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461

Statement Date: **02/28/2025**                    Account No.:    **4011  Page:  3**

### *ELECTRONIC DEBITS (cont.)*

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/25 | 4830 MCD PUR ONSTAR DATA PLAN AT T DALLAS TX | 15.00 |
| 02/14/25 | APPLECARD GSBANK PAYMENT | 40.00 |
| 02/14/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/14/25 | CREDIT FIRST NA CFNA PYMT | 200.00 |
| 02/14/25 | STOP PAY CHARGE | 35.00 |
| 02/14/25 | STOP PAY CHARGE | 35.00 |
| 02/19/25 | 4830 MCD PUR CASH APP ANTONIO WATSO OAKLAND CA | 25.00 |
| 02/19/25 | APPLECARD GSBANK PAYMENT | 30.00 |
| 02/19/25 | 4830 MCD PUR CASH APP ZILLACANE OAKLAND CA | 50.00 |
| 02/19/25 | NMEF 2023-A AUTH PAYME | 1,611.21 |
| 02/19/25 | MOTIVE CARD PAYMENT | 3,383.00 |
| 02/19/25 | LOVES TRAVEL STO PAYMENTS | 3,778.43 |
| 02/19/25 | LOVES TRAVEL STO PAYMENTS | 1,409.12 |
| 02/20/25 | UPSTART NETWORK UNI - SDL FM 96523492 BORROWER_PAYMT | 94.49 |
| 02/21/25 | 4830 MCD PUR CASH APP LIL KRUG OAKLAND CA | 150.00 |
| 02/21/25 | SNAP FINANCE PAYMENT | 102.94 |
| 02/24/25 | INTERNET TRANSFER FROM CHK XXXXX011 TO CHK XXXXX569 0 | 1,000.00 |
| 02/24/25 | 0216 PUR WM SUPERCENTER 1530 CLEVELAND MS | 241.48 |
| 02/24/25 | 4830 MCD PUR CASH APP JOHNATHAN WEB OAKLAND CA | 1,400.00 |
| 02/24/25 | 0216 MCD PUR MVR ONLINE.COM ORLANDO FL | 25.00 |
| 02/24/25 | 4830 MCD PUR CASH APP BULKLOADS NOW LLC SPRINGFIELD MO | 75.00 |
| 02/26/25 | 4830 MCD PUR CASH APP PHILLIP CAMPB OAKLAND CA | 175.00 |
| 02/26/25 | PILOT TRAVEL CEN PILOTDRAFT | 1,735.32 |
| 02/26/25 | 0216 MCD PUR INDEED USI25-00842027 AUSTIN TX | 500.02 |
| 02/26/25 | LOVES TRAVEL STO PAYMENTS | 653.23 |
| 02/27/25 | 0216 MCD PUR TRI STATE THERMO KING MEMPHIS TN | 290.99 |

### *CHECKS AND OTHER DEBITS*

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 02/13/25 | Withdraw | 800.00 | 02/13/25 | 1590 | 1,343.64 | 02/24/25 | 1601* | 1,526.68 |
| 02/21/25 | Withdraw | 1,000.00 | 02/10/25 | 1591 | 321.64 | 02/19/25 | 1602 | 1,163.92 |
| 02/27/25 | Withdraw | 9,300.36 | 02/10/25 | 1592 | 413.77 | 02/19/25 | 1603 | 1,930.44 |
| 02/03/25 | 1584 | 1,058.09 | 02/10/25 | 1593 | 1,639.01 | 02/19/25 | 1604 | 782.05 |
| 02/04/25 | 1585 | 1,564.53 | 02/12/25 | 1594 | 100.00 | 02/24/25 | 1605 | 2,018.74 |
| 02/11/25 | 1586 | 1,102.40 | 02/13/25 | 1595 | 77.90 | 02/24/25 | 1606 | 1,420.38 |
| 02/03/25 | 1587 | 413.76 | 02/13/25 | 1596 | 4,000.00 | 02/24/25 | 1608* | 413.77 |
| 02/03/25 | 1588 | 321.66 | 02/19/25 | 1597 | 413.76 | 02/24/25 | 1609 | 321.64 |
| 02/11/25 | 1589 | 1,190.15 | 02/19/25 | 1598 | 321.64 | 02/21/25 | 1611* | 78.50 |



| Date | Description | Amount |
|------|-------------|--------|
| 02/28/25 | TOTAL SERVICE CHARGE | 7.20 |

Member **FDIC**        **Continued**        **1/940/3**

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

0067

CLEVELAND STATE BANK
CLEVELAND
110 COMMERCE AVE
CLEVELAND MS 38732
Tel: (662) 843-9461



Cleveland STATE BANK ))) Grenada STATE BANK

Statement Date: **02/28/2025**                    Account No.:    **4011** Page **4**

### ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|------|-------------|--------|--------|
| 02/28/25 | SERVICE CHARGE | | 2.00 |
| 02/28/25 | PER DEBIT CHARGE | | 20.40 |
| 02/28/25 | EARNINGS CREDIT | | 15.20- |
| | **TOTAL SERVICE CHARGE :** | | **7.20** |

### OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|--|--|--|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 01/31/25 was 15,832.43

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/03/25 | 9,658.56 | 02/12/25 | 11,672.31 | 02/24/25 | 5,278.31 |
| 02/04/25 | 7,311.43 | 02/13/25 | 4,878.67 | 02/25/25 | 5,278.31 |
| 02/05/25 | 4,580.95 | 02/14/25 | 7,289.65 | 02/26/25 | 9,962.68 |
| 02/06/25 | 10,532.86 | 02/18/25 | 10,198.49 | 02/27/25 | 371.33 |
| 02/07/25 | 11,583.03 | 02/19/25 | 66.98 | 02/28/25 | 364.13 |
| 02/10/25 | 11,058.17 | 02/20/25 | 6,999.06 | | |
| 02/11/25 | 2,894.53 | 02/21/25 | 5,702.62 | | |

| This Statement Cycle Reflects 28 Days |
|--|

CLEVELAND STATE BANK AND GRENADA STATE BANK WILL NEVER CALL
YOU AND ASK FOR ANY PERSONAL INFORMATION. THIS INCLUDES YOUR
ONLINE BANKING LOGIN,ANSWERS TO YOUR ONLINE BANKING SECURITY
QUESTIONS, SOCIAL SECURITY NUMBER, DEBIT CARD AND PINS.



**Direct Inquiries About Electronic Entries To:**
Phone: (662) 843-9461



Member
**FDIC**
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Continued**        **1/940/4**

0067

**CAMPBELL FAMILY ENTERPRISES INC**

| | |
|---|---|
| Account No. : | **4011 |
| Stmt. Date : | 02/28/2025 |

| Bank : | 067 |
|---|---|
| Images : | 27 |
| Page : | 5 |

## IMAGE STATEMENT



AMT: 800.00 SEQ: 20200420
CK   DT: 02/13/25  ST: Paid



AMT: 1,000.00 SEQ: 21900290
CK   DT: 02/21/25  ST: Paid



AMT: 9,300.36 SEQ: 22100110
CK   DT: 02/27/25  ST: Paid



AMT: 1,058.09 SEQ: 80101380
CK: 1584  DT: 02/03/25  ST: Paid



AMT: 1,564.53 SEQ: 80500500
CK: 1585  DT: 02/04/25  ST: Paid



AMT: 1,102.40 SEQ: 80200330
CK: 1586  DT: 02/11/25  ST: Paid



AMT: 413.76 SEQ: 80400490
CK: 1587  DT: 02/03/25  ST: Paid



AMT: 321.66 SEQ: 80400480
CK: 1588  DT: 02/03/25  ST: Paid



AMT: 1,190.15 SEQ: 80200320
CK: 1589  DT: 02/11/25  ST: Paid



AMT: 1,343.64 SEQ: 80101680
CK: 1590  DT: 02/13/25  ST: Paid



AMT: 321.64 SEQ: 80400330
CK: 1591  DT: 02/10/25  ST: Paid



AMT: 413.77 SEQ: 80400320
CK: 1592  DT: 02/10/25  ST: Paid



AMT: 1,639.01 SEQ: 80101390
CK: 1593  DT: 02/10/25  ST: Paid



AMT: 100.00 SEQ: 80101170
CK: 1594  DT: 02/12/25  ST: Paid



AMT: 77.90 SEQ: 80101540
CK: 1595  DT: 02/10/25  ST: Paid



AMT: 4,000.00 SEQ: 80100050
CK: 1596  DT: 02/13/25  ST: Paid



AMT: 413.76 SEQ: 80400290
CK: 1597  DT: 02/18/25  ST: Paid



AMT: 321.64 SEQ: 80400280
CK: 1598  DT: 02/18/25  ST: Paid

**Continued**      1/940/5

| CAMPBELL FAMILY ENTERPRISES INC | Bank : | 067 |
| Account No. : **4011 | Images : | 27 |
| Stmt. Date : 02/28/2025 | Page : | 6 |

## IMAGE STATEMENT



AMT: 1,526.68 SEQ: 80300300
CK: 1601 DT: 02/24/25 ST: Paid



AMT: 1,163.92 SEQ: 80000580
CK: 1602 DT: 02/19/25 ST: Paid



AMT: 1,930.44 SEQ: 80101580
CK: 1603 DT: 02/18/25 ST: Paid



AMT: 782.05 SEQ: 80400710
CK: 1604 DT: 02/19/25 ST: Paid



AMT: 2,018.74 SEQ: 80101490
CK: 1605 DT: 02/24/25 ST: Paid



AMT: 1,420.38 SEQ: 22900630
CK: 1606 DT: 02/24/25 ST: Paid



AMT: 413.77 SEQ: 80300280
CK: 1608 DT: 02/24/25 ST: Paid



AMT: 321.64 SEQ: 80300290
CK: 1609 DT: 02/24/25 ST: Paid



AMT: 78.50 SEQ: 23200470
CK: 1611 DT: 02/21/25 ST: Paid

Fill in this information to identify the case:

Debtor Name  Campbell Family Enterprises Inc.

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 25-10364-SDM

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

| | |
|---|---|
| Month:  March 2025 | Date report filed:  04/14/25 <br> MM / DD / YYYY |
| Line of business:  Trucking Company | NAISC code: |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments, and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | Phillip Bret Campbell |
| Original signature of responsible party | Phillip Campbell |
| Printed name of responsible party | Phillip Campbell |

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

*If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

*If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Doc ID: 0e480bfe52118d6f0d1a0d079e84c070e412bbea

Debtor Name  Campbell Family Enterprises Inc.                     Case number 25-10364-SDM

17. Have you paid any bills you owed before you filed bankruptcy?          ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $    19794

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $   56205.03

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                    – $   49803.21

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $    6401.82

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $   26195.82

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                    $         0
        *(Exhibit E)*

Doc ID: 0e480bfe52118d6f0d1a0d079e84c070e412bbea

Debtor Name Campbell Family Enterprises Inc.                    Case number 25-10364-SDM

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                  $_____0

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    3

27. What is the number of employees as of the date of this monthly report?       3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $_____0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $_____0

30. How much have you paid this month in other professional fees?                                $_____0

31. How much have you paid in total other professional fees since filing the case?              $_____0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100000 | — | $ 56205.03 | = | $ 43794.97 |
| 33. **Cash disbursements** | $ 80000 | — | $ 49803.21 | = | $ 30196.79 |
| 34. **Net cash flow** | $ 20000 | — | $ 6401.82 | = | $ 13598.18 |

35. Total projected cash receipts for the next month:                          $ 80000

36. Total projected cash disbursements for the next month:                   - $ 60000

37. Total projected net cash flow for the next month:                        = $ 20000

Doc ID: 0e480bfe52118d6f0d1a0d079e84c070e412bbea

Debtor Name  Campbell Family Enterprises Inc.                     Case number 25-10364-SDM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

Doc ID: 0e480bfe52118d6f0d1a0d07ee94e079e442bbea

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Mar. Operating report.pdf |
| **File name** | Mar.%20Operating%20report.pdf |
| **Document ID** | 0e480bfe52118d6f0d1a0d079e84c070e412bbea |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**04 / 22 / 2025**
14:18:11 UTC

Sent for signature to Campbell Family Enterprises, Inc
(bret@campbellfamilyinc.com) from
trollins@therollinsfirm.com
IP: 173.235.93.166

**VIEWED**
**04 / 22 / 2025**
14:31:42 UTC

Viewed by Campbell Family Enterprises, Inc
(bret@campbellfamilyinc.com)
IP: 69.197.198.218

**SIGNED**
**04 / 22 / 2025**
14:31:59 UTC

Signed by Campbell Family Enterprises, Inc
(bret@campbellfamilyinc.com)
IP: 69.197.198.218

**COMPLETED**
**04 / 22 / 2025**
14:31:59 UTC

The document has been completed.

Powered by **Dropbox** Sign



**BankPlus**
It's more than a game. It's a promise.

385A Highland Colony Parkway · Suite 110
Ridgeland, MS 39157

Date  3/31/25                    Page      1
ACCOUNT NO.                XXXXXXXX4176

CAMPBELL FAMILY ENTERPRISES INC
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HOLD MAIL
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

* * *CHECKING* * *

Please note that multiple NSF fees per transaction may be incurred if the
transaction is presented multiple times and you have insufficient funds in the
account.

| | | |
|---|---|---|
| FREE BUSINESS CKING | Images | 15 |
| Account Number          XXXXXXXX4176 | Statement Dates   3/03/25 thru 3/31/25 | |
| Previous Balance          11,595.87 | Days in this statement period:      29 | |
|   10 Deposits/Credits    29,450.08 | | |
|   57 Checks/Debits       41,045.95 | | |
| Cycle Service Charge          .00 | | |
| Interest Paid                 .00 | | |
| Current Balance               .00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.02 |
| Return item fees | $.00 | $.00 |

Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 3/03 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 2,040.39 |
| 3/04 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 5,171.60 |
| 3/05 | AC- PT Corporation I Settlement CAMPBELL FAMILY ENTERP | 3,378.15 |
| 3/06 | AC- SMARTFREIGHT DP SMART FREI Campbell Family Enterp | 4,772.86 |
| 3/07 | HARLAND CHECK ORDER REFUND CLOSED ACCOUNT | 210.19 |



**BankPlus**
It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  3/31/25          Page     2
ACCOUNT NO.          xxxxxxxx4176

FREE BUSINESS CKING          xxxxxxxx4176  (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/07 | AC- PT Corporation I<br>Settlement<br>CAMPBELL FAMILY ENTERP | 2,004.21 |
| 3/11 | AC- PT Corporation I<br>Settlement<br>CAMPBELL FAMILY ENTERP | 2,900.53 |
| 3/11 | AC- SMARTFREIGHT DP<br>SMART FREI<br>Campbell Family Enterp | 6,711.20 |
| 3/12 | AC- SMARTFREIGHT DP<br>SMART FREI<br>Campbell Family Enterp | 150.00 |
| 3/12 | AC- SMARTFREIGHT DP<br>SMART FREI<br>Campbell Family Enterp | 2,110.95 |

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | DODGE STORE #680<br>POS DEB 1809 03/01/25 20753822<br>ClevelandMS<br>Card# 6776 | 70.12- |
| 3/03 | KYTC MOTOR CARRIERS<br>DBT CRD 1802 02/28/25 22045350<br>EGOV.COMKY<br>Card# 6776 | 276.66- |
| 3/04 | LOVE S #0559 OUTSIDE<br>DBT CRD 0347 03/04/25 27101951<br>INDIANOLAMS<br>Card# 6776 | 2.59- |
| 3/04 | CASH APP*PHILLIP CAMPBE<br>IBT DEB 1438 03/03/25 02100478<br>OaklandCA<br>Card# 6776 | 60.00- |
| 3/04 | LTS WHOLESALE TIRE<br>DBT CRD 2056 03/03/25 25057642<br>LITTLE ROCKAR<br>Card# 6776 | 285.78- |
| 3/04 | LOVE S TIRE CARE #0559<br>DBT CRD 0316 03/04/25 29101949<br>INDIANOLAMS<br>Card# 6776 | 374.49- |
| 3/04 | AC- PILOT TRAVEL CEN<br>PILOTDRAFT<br>CAMPBELL FAMILY ENTERP | 3,880.84- |
| 3/05 | TRI STATE THERMO KING<br>DBT CRD 1531 03/05/25 24262434 | 396.35- |



**BankPlus**
It's more than a name. It's a promise.
385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  3/31/25          Page    3
ACCOUNT NO.            XXXXXXXX4176

FREE BUSINESS CKING          XXXXXXXX4176  (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | MEMPHISTN | |
| | Card# 6776 | |
| 3/06 | CASH APP*PHILLIP CAMPBE | 30.00- |
| | IBT DEB 1658 03/05/25 23358326 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/06 | SOUTHERN TIRE MART #266 | 53.50- |
| | DBT CRD 1730 03/06/25 27300691 | |
| | 601-424-3256MS | |
| | Card# 6776 | |
| 3/06 | KROGER FUEL #5370 | 57.54- |
| | POS DEB 0746 03/06/25 00121913 | |
| | 602A NORTH DAVIS | |
| | CLEVELANDMS     C# 6776 | |
| 3/06 | STRAIGHTTALK*AIRTIME | 60.30- |
| | DBT CRD 0313 03/06/25 22103909 | |
| | 877-430-2355FL | |
| | Card# 6776 | |
| 3/06 | ON THE GO BOYLE | 70.99- |
| | POS DEB 1257 03/05/25 13019746 | |
| | BOYLEMS | |
| | Card# 6776 | |
| 3/06 | CASH APP*PHILLIP CAMPBE | 250.00- |
| | IBT DEB 1712 03/05/25 23488230 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/07 | CASH APP*PHILLIP CAMPBE | 30.00- |
| | IBT DEB 1714 03/06/25 34191639 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/07 | CASH APP*PHILLIP CAMPBE | 60.00- |
| | IBT DEB 0106 03/07/25 39229869 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/07 | CASH APP*PHILLIP CAMPBE | 90.00- |
| | IBT DEB 1102 03/06/25 30769053 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/07 | ECONO LODGES | 102.29- |
| | DBT CRD 1529 03/07/25 25260659 | |
| | LENOIR CITYTN | |
| | Card# 6776 | |
| 3/07 | AC- Sentry Select | 5,530.11- |
| | Ins Pmt | |
| | Campbell Family Enterp | |
| 3/10 | O REILLY 1452 | 4.80- |
| | POS DEB 1303 03/08/25 14750230 | |
| | CLEVELANDMS | |
| | Card# 6776 | |
| 3/10 | BOYLE LUMBER COMPANY IN | 14.96- |
| | DBT CRD 1444 03/09/25 28001673 | |

# BankPlus

It's more than a name. It's a promise.

385A Highland Colony Parkway - Suite 110
Ridgeland, MS 39157

Date  3/31/25          Page      4
ACCOUNT NO.            XXXXXXXX4176

FREE BUSINESS CKING          XXXXXXXX4176   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | BOYLEMS | |
| | Card# 6776 | |
| 3/10 | TRACTOR SUPPLY #2438 | 18.03- |
| | POS DEB 1712 03/08/25 00818497 | |
| | 306 E SUNFLOWER ROAD | |
| | CLEVELANDMS      C# 6776 | |
| 3/10 | O REILLY 1452 | 22.45- |
| | POS DEB 1259 03/08/25 13929183 | |
| | CLEVELANDMS | |
| | Card# 6776 | |
| 3/10 | HARBOR FREIGHT TOOLS | 42.63- |
| | POS DEB 1442 03/08/25 20995867 | |
| | CLEVELANDMS | |
| | Card# 6776 | |
| 3/10 | CASH APP*PHILLIP CAMPBE | 50.00- |
| | IBT DEB 1421 03/07/25 44320755 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/10 | CSH ADV 2055 03/07/25 76120674 | 100.00- |
| | REGIONS BANK CASH ADVAN | |
| | CLEVELANDMS | |
| | Card# 6776 | |
| 3/10 | CASH APP*PHILLIP CAMPBE | 300.00- |
| | IBT DEB 1905 03/09/25 18331389 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/10 | S & W TOWING SERVICE | 550.00- |
| | DBT CRD 1714 03/08/25 20000019 | |
| | TUCKERGA | |
| | Card# 6776 | |
| 3/10 | 247 TIRE SERVICE | 925.00- |
| | DBT CRD 2043 03/07/25 21082936 | |
| | JONESBOROGA | |
| | Card# 6776 | |
| 3/11 | AUTOZONE  0437 715 HWY 61 | 42.79- |
| | POS DEB 2059 03/10/25 01462874 | |
| | CLEVELANDMS | |
| | Card# 6776 | |
| 3/11 | CASH APP*PHILLIP CAMPBE | 60.00- |
| | IBT DEB 2332 03/10/25 29546015 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/11 | CASH APP*PHILLIP CAMPBE | 65.00- |
| | IBT DEB 0030 03/11/25 30028263 | |
| | OaklandCA | |
| | Card# 6776 | |
| 3/11 | CASH APP*PHILLIP CAMPBE | 200.00- |
| | IBT DEB 1758 03/10/25 26305078 | |
| | OaklandCA | |
| | Card# 6776 | |



**BankPlus**
It's more than a name. It's a promise.

385A Highland Colony Parkway   Suite 110
Ridgeland MS 39157

Date   3/31/25              Page        5
ACCOUNT NO.               XXXXXXXX4176

FREE BUSINESS CKING            XXXXXXXX4176   (Continued)

Checks and withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 3/11 | AC- PILOT TRAVEL CEN<br>PILOTDRAFT<br>CAMPBELL FAMILY ENTERP | 5,098.08- |
| 3/12 | ON THE GO BOYLE<br>POS DEB 1612 03/11/25 17119870<br>BOYLEMS<br>Card# 6776 | 30.19- |
| 3/14 | CASH APP*PHILLIP CAMPBE<br>IBT DEB 1856 03/13/25 07409980<br>OaklandCA<br>Card# 6776 | 65.00- |
| 3/17 | CASH APP*PHILLIP CAMPBE<br>IBT DEB 1623 03/14/25 18504662<br>OaklandCA<br>Card# 6776 | 30.00- |
| 3/24 | DD *DOORDASHDASHPASS<br>DBT CRD 1946 03/21/25 25100034<br>DOORDASH.COMCA<br>Card# 6776 | 9.99- |
| 3/24 | DD *DOORDASH DASHMART<br>DBT CRD 2225 03/22/25 21100046<br>DOORDASH.COMCA<br>Card# 6776 | 16.25- |
| 3/24 | DD *DOORDASH AMERICAND<br>DBT CRD 0647 03/24/25 20100080<br>DOORDASH.COMCA<br>Card# 6776 | 25.18- |
| 3/24 | DD *DOORDASH TACOMAC<br>DBT CRD 0819 03/23/25 24100098<br>DOORDASH.COMCA<br>Card# 6776 | 29.48- |
| 3/28 | Closing entry - zero balance | 539.05- |

Check Transactions

| Date | Serial | Amount | Date | Serial | Amount |
|------|--------|--------|------|--------|--------|
| 3/13 |        | 9,500.00 | 3/06 | 1009 | 1,444.26 |
| 3/03 | 1002*  | 771.30   | 3/10 | 1010 | 1,364.09 |
| 3/04 | 1003   | 1,605.08 | 3/11 | 1011 | 781.58 |
| 3/03 | 1004   | 1,511.46 | 3/10 | 1012 | 1,283.83 |
| 3/03 | 1005   | 413.77   | 3/10 | 1013 | 898.26 |
| 3/03 | 1006   | 321.64   | 3/10 | 1014 | 413.77 |
| 3/03 | 1007   | 294.83   | 3/10 | 1015 | 321.64 |
| 3/07 | 1008   | 200.00   |      |      |        |

* Denotes missing check numbers