_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**CAMPBELL FAMILY ENTERPRISES, INC.**                    **CASE NO. 25-10364-SDM**

**DEBTOR .**                                                               **CHAPTER 11**

**ORDER AND NOTICE UNDER SUBCHAPTER V OF CHAPTER 11 FIXING:**
**(1) 1111(b) ELECTION DEADLINE; (2) RECORD HOLDER DEADLINE; (3) VOTING**
**DEADLINE; (4) PLAN OBJECTION DEADLINE; AND (5) CONFIRMATION HEARING DATE**

A plan of reorganization under Subchapter V of Chapter 11 of the Bankruptcy Code (the "Plan") (Dkt. #67) was filed by the Debtor on May 5, 2025.

**THEREFORE, IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

1. June 9, 2025 is fixed as the last day for filing an election of application under § 1111(b)(2).

2. June 9, 2025 is fixed as the date on which an equity security holder, or creditor whose claim is based on a security, must be the holder of record of the security in order to be eligible to vote to accept or reject the plan.

3. June 9, 2025 is fixed as the last day for filing ballots accepting or rejecting the Plan.

4. June 9, 2025 is fixed as the last day for filing and serving written objections to the confirmation of the Plan. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, 703 Highway 145 North, Aberdeen, MS 39730. If you file a response, you and/or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

5. June 24, 2025 at 10:00 am is fixed for the evidentiary hearing on the confirmation of the Plan. All attorneys, parties, and other interest parties should follow the instructions below:

    a. Complete the instructions below at least 5 minutes prior to the time of the hearing.

      b. Go to **Zoom.us/join**, Enter Meeting ID **160 853 64415**, and Passcode **3699380**, OR call **(646) 828-7666**.

      c. Once you are connected, identify yourself by stating your name. Once your presence is acknowledged, please mute your audio until further notice from the Court.

    This hearing will be conducted by video. For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at [www.msnb.uscourts.gov](www.msnb.uscourts.gov). Should you experience difficulties, please contact the Clerk's Office at 662-369-2596.

6. Within 4 days after the entry of this order, the Debtor's attorney shall cause to be transmitted to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed May 5, 2025;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows:

                Thomas C. Rollins, Jr.
                P.O. Box 13767
                Jackson, MS 39236

7. After completion of the above transmittal, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

##END OF ORDER##