---

**Fill in this information to identify the case:**

Debtor Name  Campbell Family Enterprises Inc

United States Bankruptcy Court for the: Northern District of Mississippi

Case number:  25-10364-SDM

Check if this is an
amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:        April 2025                          Date report filed:  5/19/25
                                                                      MM / DD / YYYY
Line of business:  Trucking Company                NAISC code:  _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                  Phillip Bret Campbell

Original signature of responsible party   / Phillip Campbell

Printed name of responsible party         Phillip Campbell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ✔ | | |
| 2. | Do you plan to continue to operate the business next month? | ✔ | | |
| 3. | Have you paid all of your bills on time? | | ✔ | |
| 4. | Did you pay your employees on time? | ✔ | | |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✔ | | |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | | ✔ | |
| 7. | Have you timely filed all other required government filings? | ✔ | | |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✔ | | |
| 9. | Have you timely paid all of your insurance premiums? | ✔ | | |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | | ✔ | |
| 11. | Have you sold any assets other than inventory? | | | ✔ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | ✔ | |
| 13. | Did any insurance company cancel your policy? | | ✔ | |
| 14. | Did you have any unusual or significant unanticipated expenses? | | ✔ | |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | | ✔ | |
| 16. | Has anyone made an investment in your business? | | ✔ | |

Debtor Name  Campbell Family Enterprises Inc

Case number  25-10364-SDM

17.  Have you paid any bills you owed before you filed bankruptcy?  ✔

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ✔

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  6401.82

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  86348.30

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  83339.99

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  3008.31

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $  9410.13

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$  0

Debtor Name  Campbell Family Enterprises Inc                    Case number  25-10364-SDM

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                          $ _____ 0

   *(Exhibit F)*

---

## 5. Employees

26.  What was the number of employees when the case was filed?                                        _____ 3

27.  What is the number of employees as of the date of this monthly report?                           _____ 3

---

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?         $ _____ 0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0

30.  How much have you paid this month in other professional fees?                                   $ _____ 0

31.  How much have you paid in total other professional fees since filing the case?                  $ _____ 0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 80000 | − | $ 86348.30 | = | $ 6348.30 |
| 33. **Cash disbursements** | $ 60000 | − | $ 83339.99 | = | $ -23339.99 |
| 34. **Net cash flow** | $ 20000 | − | $ 3008.31 | = | $ -16991.69 |

35.  Total projected cash receipts for the next month:                                               $ 80000

36.  Total projected cash disbursements for the next month:                                        − $ 70000

37.  Total projected net cash flow for the next month:                                             = $ 10000

---

Debtor Name  Campbell Family Enterprises Inc                    Case number  25-10364-SDM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

✔ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

   39.  Bank reconciliation reports for each account.

   40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

   41.  Budget, projection, or forecast reports.

   42.  Project, job costing, or work-in-progress reports.

Print        Save As...        Reset



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

| | |
|---|---|
| **ACCOUNT #** | 0361427500 |
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 5 |

## ADVANTAGE BUSINESS CHECKING
April 1, 2025 through April 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$6,401.82** | Minimum Daily Balance | $2,434 |
| Deposits & Credits | $86,348.30 + | Average Monthly Statement Balance | $9,056 |
| Withdrawals | $49,184.61 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $34,155.38 – | | |
| **Ending Balance** | **$9,410.13** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/01 | Pt Corporation I Settlement Campbell Famil | 3,188.61 |
| 04/01 | Smartfreight Dp  Smart Frei Campbell Famil 524049 | 3,406.22 |
| 04/02 | Smartfreight Dp  Smart Frei Campbell Famil 524998 | 8,537.55 |
| 04/03 | Smartfreight Dp  Smart Frei Campbell Famil 525564 | 1,968.58 |
| 04/04 | Card Credit General Truck S  5511 901-3453270  TN 38116   8191 | 161.22 |
| 04/07 | Smartfreight Dp  Smart Frei Campbell Famil 526149 | 3,573.58 |
| 04/07 | Smartfreight Dp  Smart Frei Campbell Famil 526557 | 2,928.92 |
| 04/08 | Pt Corporation I Settlement Campbell Famil | 4,290.87 |
| 04/08 | Smartfreight Dp  Smart Frei Campbell Famil 527243 | 1,246.37 |
| 04/09 | Pt Corporation I Settlement Campbell Famil | 1,151.55 |
| 04/09 | Smartfreight Dp  Smart Frei Campbell Famil 527663 | 3,107.42 |
| 04/10 | Card Credit O Reilly 1452   5533 Cleveland   MS 38732   8191 | 42.79 |
| 04/10 | Smartfreight Dp  Smart Frei Campbell Famil 528144 | 4,072.83 |
| 04/11 | Pt Corporation I Settlement Campbell Famil | 1,138.50 |
| 04/11 | Smartfreight Dp  Smart Frei Campbell Famil 528797 | 2,121.68 |
| 04/14 | Smartfreight Dp  Smart Frei Campbell Famil 529330 | 4,089.40 |
| 04/16 | Smartfreight Dp  Smart Frei Campbell Famil 530038 | 3,428.95 |
| 04/16 | Smartfreight Dp  Smart Frei Campbell Famil 530287 | 3,467.27 |
| 04/17 | Pt Corporation I Settlement Campbell Famil | 1,579.14 |
| 04/18 | Smartfreight Dp  Smart Frei Campbell Famil 531334 | 5,588.59 |
| 04/21 | Pt Corporation I Settlement Campbell Famil | 180.10 |
| 04/21 | Smartfreight Dp  Smart Frei Campbell Famil 531914 | 2,403.12 |
| 04/23 | Smartfreight Dp  Smart Frei Campbell Famil 532911 | 5,530.18 |
| 04/24 | Pt Corporation I Settlement Campbell Famil | 3,333.60 |
| 04/24 | Smartfreight Dp  Smart Frei Campbell Famil 533393 | 3,018.38 |
| 04/25 | Pt Corporation I Settlement Campbell Famil | 1,565.50 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #** | **0361427500**

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 5 |

## DEPOSITS & CREDITS (CONTINUED)

| | | |
|---|---|---|
| 04/28 | Smartfreight Dp  Smart Frei Campbell Famil 534252 | 1,905.85 |
| 04/29 | Smartfreight Dp  Smart Frei Campbell Famil 534656 | 4,190.48 |
| 04/29 | Smartfreight Dp  Smart Frei Campbell Famil 534818 | 5,131.05 |

Total Deposits & Credits | $86,348.30

## WITHDRAWALS

| | | |
|---|---|---|
| 04/01 | Card Purchase O Reilly 1452   5533 Cleveland    MS 38732   8191 | 102.82 |
| 04/01 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,112.55 |
| 04/02 | Card Purchase Harbor Freight  5251 Cleveland    MS 38732   8191 | 47.06 |
| 04/03 | Card Purchase IN *United Dies 7538 901-6194344  TN 38116   8191 | 2,049.81 |
| 04/03 | Card Purchase Dollar-General  5331 Boyle      MS 38730   8191 | 9.63 |
| 04/03 | PIN Purchase Parker S Filli   5542 Cleveland        8191 | 30.05 |
| 04/04 | Card Purchase Rf *Accelerated 7538 618-751-6556 IL 62959   8191 | 900.85 |
| 04/07 | Card Purchase Byrds Service S 5532 Cleveland    MS 38732   8191 | 66.74 |
| 04/07 | Card Purchase Harbor Freight  5999 Cleveland    MS 38732   8191 | 142.06 |
| 04/07 | Card Purchase Kroger Fuel #53 5542 Cleveland    MS 38732   8191 | 30.03 |
| 04/07 | PIN Purchase O Reilly 1452   5533 Cleveland    MS       8191 | 198.44 |
| 04/07 | Card Purchase General Truck S 5511 Memphis      TN 38116   8191 | 961.38 |
| 04/07 | Card Purchase Cash App*philli 4829 Oakland      CA 94612   8191 | 200.00 |
| 04/07 | Card Purchase Smart Mart     5541 Boyle      MS 38730   8191 | 4.94 |
| 04/07 | Card Purchase Boyle Lumber CO 5211 Boyle      MS 38730   8191 | 15.50 |
| 04/07 | PIN Purchase Dodge Store #6  5541 Cleveland    MS       8191 | 30.00 |
| 04/07 | Card Purchase Wal-Mart #1530  5411 Cleveland    MS 38732   8191 | 34.97 |
| 04/07 | Card Purchase Smart Mart     5541 Boyle      MS 38730   8191 | 3.00 |
| 04/07 | Card Purchase Love S Tire Car 7538 Indianola    MS 38751   8191 | 140.10 |
| 04/07 | PIN Purchase On The Go Boyl  5542 Boyle      MS       8191 | 78.45 |
| 04/08 | Card Purchase Moms Truck Stop 5541 Cleveland    MS 38732   8191 | 347.75 |
| 04/08 | Card Purchase Harbor Freight  5999 Cleveland    MS 38732   8191 | 64.19 |
| 04/08 | Card Purchase General Truck S 5511 Memphis      TN 38116   8191 | 204.39 |
| 04/08 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,796.98 |
| 04/08 | PIN Purchase Dodge Store #6  5542 Cleveland    MS       8191 | 57.03 |
| 04/09 | Card Purchase Truck Pro      5533 Leland      MS 38756   8191 | 221.59 |
| 04/09 | Card Purchase Affordable Dies 7538 870-9192107  AR 72401   8191 | 714.49 |
| 04/09 | Card Purchase General Truck S 5511 901-3453270  TN 38116   8191 | 153.59 |
| 04/09 | Card Purchase C Spire Phone P 4814 855-2774735  MS 39653   8191 | 393.94 |
| 04/09 | Card Purchase Cash App*philli 4829 Oakland      CA 94612   8191 | 150.00 |
| 04/09 | PIN Purchase Rick S Ex 100   5542 Cleveland        8191 | 50.00 |
| 04/10 | Recurring Card Transaction Motive 855-434- 7372 855-434-3564 CA 94105   8191 | 335.00 |
| 04/10 | Card Purchase Boss Shop Payme 5541 Clover.Com   NE 68802   8191 | 1,619.30 |
| 04/11 | Card Purchase Smart Mart     5541 Boyle      MS 38730   8191 | 13.00 |
| 04/11 | Card Purchase Cash App*philli 4829 Oakland      CA 94612   8191 | 115.00 |
| 04/14 | Card Purchase General Truck S 5511 Memphis      TN 38116   8191 | 1,432.44 |
| 04/14 | PIN Purchase On The Go Boyl  5542 Boyle      MS       8191 | 64.06 |
| 04/14 | PIN Purchase Harbor Freight  5999 Ridgeland        8191 | 44.34 |
| 04/14 | PIN Purchase Shell Service   5541 Madison    MS       8191 | 38.07 |
| 04/14 | PIN Purchase Rick S Ex 100   5542 Cleveland        8191 | 30.13 |
| 04/15 | PIN Purchase Shell Service   5542 Greenwood   MS       8191 | 76.43 |
| 04/15 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,475.87 |
| 04/15 | PIN Purchase O Reilly 1452   5533 Cleveland    MS       8191 | 21.38 |
| 04/16 | Card Purchase Cash App*philli 4829 Oakland      CA 94612   8191 | 400.00 |
| 04/16 | Card Purchase General Truck S 5511 Memphis      TN 38116   8191 | 548.23 |
| 04/16 | Card Purchase Boyle Lumber CO 5211 Boyle      MS 38730   8191 | 51.32 |



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

| | |
|---|---|
| ACCOUNT # | 0361427500 |

001
Cycle 26
Enclosures 0
Page 3 of 5

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 04/17 | Msgov        Servicefee Campbell Famil 877 290 9487 | 3.25 |
| 04/17 | Msgov        Msgovdor Campbell Famil 877 290 9487 | 573.04 |
| 04/18 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 1,425.00 |
| 04/18 | Card Purchase Tractor Supply  5599 Cleveland    MS 38732   8191 | 18.16 |
| 04/18 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 60.00 |
| 04/18 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 2.12 |
| 04/21 | Card Purchase Best Tarps, Inc  7399 870-7350088  AR 72301   8191 | 378.64 |
| 04/21 | Card Purchase Moms Truck Stop  5541 Cleveland    MS 38732  8191 | 30.00 |
| 04/21 | Card Purchase Cleveland Truck  7538 Cleveland     MS 38732  8191 | 59.83 |
| 04/21 | Card Purchase Harbor Freight  5999 Cleveland    MS 38732  8191 | 66.31 |
| 04/21 | Recurring Card Transaction Www.Zenbusiness  7375 Zenbusiness.C TX 78731   8191 | 398.00 |
| 04/21 | Recurring Card Transaction Www.Zenbusiness  7375 Zenbusiness.C TX 78731   8191 | 300.00 |
| 04/21 | Recurring Card Transaction Www.Zenbusiness  7375 Zenbusiness.C TX 78731   8191 | 227.00 |
| 04/21 | Recurring Card Transaction Intuit *Qbooks   5734 Cl.Intuit.Com CA 94043   8191 | 115.00 |
| 04/22 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 14.81 |
| 04/22 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 40.00 |
| 04/22 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 5,069.41 |
| 04/24 | Card Purchase Bulkloads Now L  8699 800-5189240  MO 65804   8191 | 75.00 |
| 04/24 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 18.00 |
| 04/24 | Card Purchase C Spire Interne  4814 855-2774735  MS 39653  8191 | 390.33 |
| 04/24 | PIN Purchase Harbor Freight  5999 Cleveland       8191 | 38.50 |
| 04/25 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 60.00 |
| 04/25 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 0.92 |
| 04/25 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 25.00 |
| 04/28 | Card Purchase General Truck S  5511 Memphis    TN 38116  8191 | 276.51 |
| 04/28 | PIN Purchase Wm Superc Wal-  5411 Cleveland       8191 | 50.59 |
| 04/28 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 150.00 |
| 04/28 | Card Purchase Harbor Freight  5999 Cleveland       8191 | 28.88 |
| 04/28 | PIN Purchase On The Go Boyl  5542 Boyle       8191 | 12.27 |
| 04/29 | Card Purchase Double Quick 92  5542 Cleveland    MS 38732  8191 | 40.18 |
| 04/29 | Card Purchase Cleveland Truck  7538 Cleveland     MS 38732  8191 | 185.99 |
| 04/29 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 25.00 |
| 04/29 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 157.00 |
| 04/29 | Card Purchase Cash App*philli  4829 Oakland     CA 94612   8191 | 120.00 |
| 04/29 | PIN Purchase On The Go Boyl  5542 Boyle       8191 | 13.35 |
| 04/29 | Cspire       Pcsssip Mallloreycampb | 441.05 |
| 04/29 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,456.62 |
| 04/30 | Card Purchase IN *Crossroads  7531 601-7155233  MS 39218   8191 | 261.95 |
| | Total Withdrawals | $49,184.61 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 04/01 | 131 | 1,318.04 | 04/04 | 146 | 521.30 |
| 04/02 | 137 * | 1,500.00 | 04/07 | 147 | 134.40 |
| 04/04 | 138 | 500.42 | 04/09 | 148 | 440.37 |
| 04/04 | 139 | 448.83 | 04/15 | 149 | 1,000.00 |
| 04/04 | 140 | 321.64 | 04/11 | 150 | 1,547.26 |
| 04/04 | 141 | 413.76 | 04/11 | 151 | 1,395.29 |
| 04/04 | 142 | 1,311.54 | 04/15 | 152 | 709.46 |
| 04/04 | 143 | 596.65 | 04/14 | 153 | 907.97 |
| 04/04 | 144 | 920.86 | 04/14 | 154 | 1,372.57 |
| 04/04 | 145 | 1,322.95 | 04/11 | 155 | 476.30 |

 **REGIONS**

Regions Bank
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #**   0361427500

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 5 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 04/11 | 156 | 521.30 | 04/18 | 167 | 700.00 |
| 04/11 | 157 | 321.65 | 04/28 | 168 | 364.84 |
| 04/11 | 158 | 413.77 | 04/23 | 169 | 561.02 |
| 04/18 | 159 | 120.00 | 04/23 | 170 | 321.64 |
| 04/18 | 160 | 1,539.82 | 04/25 | 171 | 1,385.25 |
| 04/18 | 161 | 1,147.64 | 04/28 | 172 | 1,446.50 |
| 04/22 | 162 | 982.21 | 04/30 | 173 | 825.85 |
| 04/21 | 163 | 1,015.13 | 04/25 | 174 | 1,662.64 |
| 04/18 | 164 | 561.02 | 04/28 | 175 | 600.00 |
| 04/18 | 165 | 321.65 | 04/30 | 176 | 1,819.00 |
| 04/18 | 166 | 364.84 |  |  |  |
|  |  |  |  | Total Checks | $34,155.38 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/01 | 5,463.24 | 04/11 | 10,517.55 | 04/22 | 2,548.97 |
| 04/02 | 12,453.73 | 04/14 | 10,717.37 | 04/23 | 7,196.49 |
| 04/03 | 12,332.82 | 04/15 | 2,434.23 | 04/24 | 13,026.64 |
| 04/04 | 5,235.24 | 04/16 | 8,330.90 | 04/25 | 11,458.33 |
| 04/07 | 9,697.73 | 04/17 | 9,333.75 | 04/28 | 10,434.59 |
| 04/08 | 7,764.63 | 04/18 | 8,662.09 | 04/29 | 12,316.93 |
| 04/09 | 9,899.62 | 04/21 | 8,655.40 | 04/30 | 9,410.13 |
| 04/10 | 12,060.94 |  |  |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.