UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Campbell Family Enterprises, Inc                CASE NO. 25-10364-SDM

BALLOT SUMMARY and CERTIFICATION

I, Thomas C. Rollins, Jr., counsel of record for Campbell Family Enterprises, Inc, do hereby certify that the ballots attached hereto and filed herewith are true and correct copies of the original ballots received and that the summary of the ballot tally is a true and accurate reflection of the acceptances and rejections actually cast in this case.

BALLOT SUMMARY BY CLAIM

| Name (alphabetized) | Class | Allowed Amount | Vote |
|---|---|---|---|
| American Express c/o Becket & Lee LLP | 9 | $5,494.00 | Accept |
| Cleveland State Bank | 3 | $193,576.36 | Accept |

BALLOT SUMMARY BY CLASS

| CLASS | TOTAL # | TOTAL $ AMOUNT | TOTAL # OF YES/NO (yes)  (no) | TOTAL $ AMOUNT BY YES/NO (yes)  (no) | CLASS VOTE |
|---|---|---|---|---|---|
| 2 | 0 | | | | N/A |

| 3 | 1 | $193,576.36 | 1 | 0 | $193,576.36 | $0 | Accept |
|---|---|---|---|---|---|---|---|
| 4 | 0 | | | | | | N/A |
| 5 | 0 | | | | | | N/A |
| 6 | 0 | | | | | | N/A |
| 7 | 0 | | | | | | N/A |
| 8 | 0 | | | | | | N/A |
| 9 | 1 | $5,494.00 | 1 | 0 | $5,494.00 | $0 | Accept |

(Attach copies of ballots)

Case 25-10364-SDM    Doc 72    Filed 06/17/25    Entered 06/17/25 22:09:29    Desc Main
Document      Page 2 of 4

Official Form 314 (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Campbell Family Enterprises, Inc, Debtor                    Case No. 25-10364-SDM

                                                                    CHAPTER 11

## Class  9   Ballot for Accepting or Rejecting Plan of Reorganization

Campbell Family Enterprises, Inc filed a plan of reorganization dated May 5, 2025 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before June 9, 2025, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class  9  claim against the Debtor in the unpaid amount of _____ Dollars ($ 5,494.00 ) Account Ending: 1005

*Check one box only*

[X] Accepts the plan

[ ] Rejects the plan

Dated: May 28, 2025          Print or type name: Kenneth W. Kleppinger

Signature: _[signature]_                                Title: Attorney/Agent for creditor

Address: c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

CM/ECF sVballot
(02/06/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:    Campbell Family Enterprises, Inc    )    Case No.: 25-10364-SDM
          Debtor(s)    )    Chapter: 11
              )    Judge: Selene D. Maddox
              )
              )

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Order and Notice Under Subchapter V of Chapter 11 Fixing: (1) 1111(b) Election Deadline; (2) Record Holder Deadline; (3) Voting Deadline; (4) Plan Objection Deadline; and (5) Confirmation Hearing Date (Re: 67 Chapter 11 Small Business Subchapter V Plan filed by Debtor Campbell Family Enterprises, Inc). Confirmation hearing to be held on 6/24/2025 at 10:00 AM at SDM: Zoom Meeting ID 160 853 64415, and Passcode 3699380, Phone (646) 828-7666. Last Day to Object to Confirmation 6/9/2025. Ballots Due 6/9/2025. Entered on Docket by: (AOH)

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 3 ] claim against the Debtor in the unpaid amount of $ 193,576.36 .

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [  ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accured or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [  ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]    [X] ACCEPTS    [ ] REJECTS
Dated: 6/6/2025    /s/ Arnold U. Luciano
    Print/Type Individual or Corporate Name: Attorney for Cleveland State Bank
    Signature: Jacks Griffith Luciano, P.A.
    Title (if corporation or partnership): P.O. Box 1209
    Address: Cleveland, MS 38732

RETURN THIS BALLOT ON OR BEFORE 6/9/25 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236