**Fill in this information to identify the case:**

Debtor Name  Campbell Family Enterprises, Inc.

United States Bankruptcy Court for the: Northern District of Mississippi

Case number: 25-10364-SDM

☐ Check if this is an
amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  May 2025

Date report filed: 6/20/25
MM / DD / YYYY

Line of business:  Trucking Company

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Phillip Bret Campbell

Original signature of responsible party  Phillip Campbell

Printed name of responsible party  Phillip Campbell

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Campbell Family Enterprises, Inc.**

Case number 25-10364-SDM

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 9410.13

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 77304.75

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 74396.87

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 2907.88

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 12318.01

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0

Debtor Name  Campbell Family Enterprises, Inc.

Case number  25-10364-SDM

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                        $ _____ 0

*(Exhibit F)*

---

## 5. Employees

26.  What was the number of employees when the case was filed?                                      _____ 3

27.  What is the number of employees as of the date of this monthly report?                   _____ 3

---

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____ 0

30.  How much have you paid this month in other professional fees?                                  $ _____ 0

31.  How much have you paid in total other professional fees since filing the case?                 $ _____ 0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 80000 | — | $ 77304.75 | = | $ 2695.25 |
| 33. **Cash disbursements** | $ 60000 | — | $ 74396.87 | = | $ -14396.87 |
| 34. **Net cash flow** | $ 20000 | — | $ 2907.88 | = | $ -17092.12 |

35.  Total projected cash receipts for the next month:                                     $ 80000

36.  Total projected cash disbursements for the next month:                              - $ 70000

37.  Total projected net cash flow for the next month:                                     = $ 10000

---

Debtor Name  Campbell Family Enterprises, Inc.                           Case number  25-10364-SDM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print          Save As...                                    Reset

 **REGIONS**

**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #**  ✕✕✕✕7500

|  |  |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 6 |

## ADVANTAGE BUSINESS CHECKING
May 1, 2025 through May 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $9,410.13 | Minimum Daily Balance | $977 – |
| Deposits & Credits | $76,418.61 + | Average Monthly Statement Balance | $8,110 |
| Withdrawals | $44,458.95 – | | |
| Fees | $36.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $886.14 + | | |
| Checks | $29,901.92 – | | |
| **Ending Balance** | **$12,318.01** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/01 | Smartfreight Dp  Smart Frei Campbell Famil 536171 | 2,935.98 |
| 05/02 | Pt Corporation I Settlement Campbell Famil | 1,546.90 |
| 05/02 | Smartfreight Dp  Smart Frei Campbell Famil 536650 | 4,712.74 |
| 05/05 | Smartfreight Dp  Smart Frei Campbell Famil 537004 | 4,745.18 |
| 05/06 | Pt Corporation I Settlement Campbell Famil | 1,716.72 |
| 05/07 | Pt Corporation I Settlement Campbell Famil | 3,950.91 |
| 05/07 | Smartfreight Dp  Smart Frei Campbell Famil 538070 | 2,645.85 |
| 05/08 | Smartfreight Dp  Smart Frei Campbell Famil 538612 | 3,354.63 |
| 05/09 | Card Credit O Reilly 1452   5533 Cleveland     MS 38732   8191 | 64.41 |
| 05/09 | Pt Corporation I Settlement Campbell Famil | 1,687.56 |
| 05/09 | Smartfreight Dp  Smart Frei Campbell Famil 539129 | 2,488.05 |
| 05/12 | Pt Corporation I Settlement Campbell Famil | 982.94 |
| 05/12 | Smartfreight Dp  Smart Frei Campbell Famil 539861 | 2,858.68 |
| 05/13 | Smartfreight Dp  Smart Frei Campbell Famil 539874 | 844.34 |
| 05/13 | Smartfreight Dp  Smart Frei Campbell Famil 540373 | 2,346.24 |
| 05/14 | Pt Corporation I Settlement Campbell Famil | 3,226.55 |
| 05/16 | Pt Corporation I Settlement Campbell Famil | 1,784.16 |
| 05/16 | Smartfreight Dp  Smart Frei Campbell Famil 541550 | 2,809.67 |
| 05/16 | Smartfreight Dp  Smart Frei Campbell Famil 541820 | 4,785.88 |
| 05/19 | Smartfreight Dp  Smart Frei Campbell Famil 542351 | 3,073.64 |
| 05/20 | Smartfreight Dp  Smart Frei Campbell Famil 542936 | 943.98 |
| 05/22 | Smartfreight Dp  Smart Frei Campbell Famil 544008 | 3,386.48 |
| 05/23 | Pt Corporation I Settlement Campbell Famil | 2,935.04 |
| 05/23 | Smartfreight Dp  Smart Frei Campbell Famil 544617 | 937.41 |
| 05/27 | Pt Corporation I Settlement Campbell Famil | 846.36 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

 **Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

# ⚶ REGIONS

**Regions Bank**
Cleveland MS Main
129 South Sharp Ave
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #** ❌❌7500

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 6 |

## DEPOSITS & CREDITS (CONTINUED)

| | | |
|---|---|---|
| 05/28 | Pt Corporation I Settlement Campbell Famil | 2,161.80 |
| 05/28 | Smartfreight Dp  Smart Frei Campbell Famil 545274 | 1,754.79 |
| 05/28 | Smartfreight Dp  Smart Frei Campbell Famil 545718 | 1,332.89 |
| 05/29 | Pt Corporation I Settlement Campbell Famil | 1,862.00 |
| 05/29 | Smartfreight Dp  Smart Frei Campbell Famil 546120 | 5,077.35 |
| 05/30 | Smartfreight Dp  Smart Frei Campbell Famil 546857 | 2,619.48 |

|  | Total Deposits & Credits | $76,418.61 |
|---|---|---|

## WITHDRAWALS

| | | |
|---|---|---|
| 05/01 | Card Purchase Double Quick 92  5542 Cleveland   MS 38732   8191 | 43.16 |
| 05/01 | Card Purchase IN *Mydrugtesti 7399 219-2901225  IN 46368   8191 | 175.00 |
| 05/01 | Card Purchase C Spire Interne  4814 855-2774735  MS 39653   8191 | 211.69 |
| 05/02 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 10.00 |
| 05/02 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 83.00 |
| 05/02 | Card Purchase Boyle Lumber CO  5211 Boyle     MS 38730  8191 | 7.36 |
| 05/05 | Card Purchase General Truck S  5511 Memphis    TN 38116   8191 | 128.18 |
| 05/05 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 11.57 |
| 05/05 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 125.00 |
| 05/05 | PIN Purchase Shell Service   5542 Cleveland       8191 | 30.06 |
| 05/05 | Card Purchase Boyle Lumber CO  5211 Boyle     MS 38730  8191 | 4.90 |
| 05/05 | Card Purchase On The Go Boyle  5542 Boyle      MS 38730  8191 | 50.02 |
| 05/05 | Sentry Select   Ins Pmt Campbell Famil 211624347 | 11,669.36 |
| 05/06 | Recurring Card Transaction Atom Truck Repa  7538 Aleksandr.Yar NC 28110   8191 | 103.40 |
| 05/06 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 65.00 |
| 05/06 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 125.00 |
| 05/06 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,327.88 |
| 05/06 | PIN Purchase Wm Superc Wal-  5411 Cleveland       8191 | 114.58 |
| 05/07 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 8.00 |
| 05/07 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 60.00 |
| 05/07 | Card Purchase Harbor Freight  5999 Cleveland    MS 38732  8191 | 8.55 |
| 05/07 | PIN Purchase O Reilly 1452   5533 Cleveland  MS    8191 | 8.00 |
| 05/07 | PIN Purchase Parker S Filli  5542 Cleveland       8191 | 98.75 |
| 05/07 | PIN Purchase Rick S Ex 207   5542 Shaw        8191 | 14.99 |
| 05/08 | Card Purchase Truck Pro      5533 Leland     MS 38756  8191 | 181.89 |
| 05/08 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 13.27 |
| 05/08 | Card Purchase On The Go Boyle  5542 Boyle      MS 38730  8191 | 150.00 |
| 05/08 | Card Purchase Smart Mart     5541 Boyle     MS 38730  8191 | 14.41 |
| 05/08 | PIN Purchase Autozone 0437   5533 Cleveland  MS | 77.03 |
| 05/08 | PIN Purchase O Reilly 1452   5533 Cleveland  MS    8191 | 7.48 |
| 05/09 | Card Purchase Truck Pro      5533 Leland     MS 38756  8191 | 181.89 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 88.77 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 4.43 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 13.89 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 26.64 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 64.41 |
| 05/09 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 45.10 |
| 05/09 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 30.00 |
| 05/12 | Recurring Card Transaction Motive 855-434-  7372 855-434-3564  CA 94105   8191 | 335.00 |
| 05/12 | Card Purchase O Reilly 1452   5533 Cleveland   MS 38732  8191 | 38.99 |
| 05/12 | Card Purchase Harbor Freight  5999 Cleveland    MS 38732  8191 | 37.44 |
| 05/12 | Card Purchase Sq *Dennies Tru  7538 Owensboro   KY 42301  8191 | 477.00 |
| 05/12 | Card Purchase Cash App*philli 4829 Oakland      CA 94612  8191 | 100.00 |

 REGIONS

**Regions Bank**
Cleveland MS Main
129 South Sharp Ave
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #** ▮▮▮▮500

|  |  |
|---|---|
| | 001 |
| Cycle | *26 |
| Enclosures | 0 |
| Page | 3 of 6 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 05/12 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 70.00 |
| 05/12 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 150.00 |
| 05/12 | Card Purchase Cash App*doorda 5812 Cash.App    CA 94107  8191 | 47.52 |
| 05/13 | Card Purchase General Truck S 5511 Memphis    TN 38116  8191 | 417.20 |
| 05/13 | Msdeptofrevenue  Taxpayment Phillip Campbe M326099328 | 129.00 |
| 05/13 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 6,487.74 |
| 05/14 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 100.00 |
| 05/14 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 135.00 |
| 05/15 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 85.00 |
| 05/15 | Card Purchase Smart Mart    5541 Boyle    MS 38730  8191 | 44.45 |
| 05/16 | Card Purchase Double Quick 92 5542 Cleveland    MS 38732  8191 | 62.64 |
| 05/16 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 35.00 |
| 05/19 | Card Purchase General Truck S 5511 Memphis    TN 38116  8191 | 296.31 |
| 05/19 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 33.79 |
| 05/19 | Card Purchase Rick S Express 5542 Cleveland    MS 38732  8191 | 40.00 |
| 05/20 | Card Purchase William Wells T 7538 Williamwellst MS 39759  8191 | 804.50 |
| 05/20 | Card Purchase IN *Mydrugtesti 7399 219-2901225  IN 46368  8191 | 85.00 |
| 05/20 | Card Purchase IN *Mydrugtesti 7399 219-2901225  IN 46368  8191 | 175.00 |
| 05/20 | Card Purchase IN *Mydrugtesti 7399 219-2901225  IN 46368  8191 | 175.00 |
| 05/20 | Card Purchase O Reilly 1452  5533 Cleveland    MS 38732  8191 | 59.88 |
| 05/20 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 5,137.25 |
| 05/21 | Recurring Card Transaction Intuit *Qbooks  5734 Cl.Intuit.Com CA 94043  8191 | 115.00 |
| 05/21 | Card Purchase Smart Mart    5541 Boyle    MS 38730  8191 | 12.00 |
| 05/22 | Card Purchase Mvr Online.Com  5815 Mvronline.Com FL 32817  8191 | 25.00 |
| 05/22 | Card Purchase Boyle Lumber CO 5211 Boyle    MS 38730  8191 | 22.44 |
| 05/22 | PIN Purchase Wal-Mart #1530  5411 Cleveland    8191 | 17.56 |
| 05/22 | PIN Purchase Tractor Supply 5599 Cleveland  MS    8191 | 29.92 |
| 05/23 | Card Purchase Mvr Online.Com  5815 Mvronline.Com FL 32817  8191 | 25.00 |
| 05/23 | Card Purchase Mvr Online.Com  5815 Mvronline.Com FL 32817  8191 | 25.00 |
| 05/23 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 112.00 |
| 05/23 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 1,550.00 |
| 05/23 | Card Purchase Boyle Lumber CO 5211 Boyle    MS 38730  8191 | 6.73 |
| 05/23 | Card Purchase Dollar-General 5331 Boyle    MS 38730  8191 | 24.08 |
| 05/23 | PIN Purchase Tractor Supply 5599 Cleveland  MS    8191 | 74.89 |
| 05/27 | Card Purchase Bulkloads Now L 8699 800-5189240  MO 65804  8191 | 75.00 |
| 05/27 | Card Purchase Smart Mart    5541 Boyle    MS 38730  8191 | 10.56 |
| 05/27 | Card Purchase Cash App*dylan 4829 Oakland    CA 94612  8191 | 120.00 |
| 05/27 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 20.00 |
| 05/27 | Card Purchase Mvr Online.Com 5815 Mvronline.Com FL 32817  8191 | 25.00 |
| 05/27 | Card Purchase Dollar-General 5331 Boyle    MS 38730  8191 | 6.26 |
| 05/27 | Card Purchase Boyle Lumber CO 5211 Boyle    MS 38730  8191 | 19.25 |
| 05/27 | Card Purchase O Reilly 1452  5533 Cleveland    MS 38732  8191 | 40.03 |
| 05/27 | Card Purchase Smart Mart    5541 Boyle    MS 38730  8191 | 45.47 |
| 05/27 | Card Purchase Tractor Supply 5599 Cleveland    MS 38732  8191 | 5.43 |
| 05/27 | Card Purchase O Reilly 1452  5533 Cleveland    MS 38732  8191 | 30.77 |
| 05/28 | Card Purchase General Truck S 5511 Memphis    TN 38116  8191 | 459.27 |
| 05/28 | Card Purchase Mvr Online.Com  5815 Mvronline.Com FL 32817  8191 | 25.00 |
| 05/28 | Card Purchase IN *Mydrugtesti 7399 219-2901225  IN 46368  8191 | 175.00 |
| 05/28 | Card Purchase Tractor Supply 5599 Cleveland    MS 38732  8191 | 2.57 |
| 05/28 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 96.80 |
| 05/28 | Cspire    Pcssslp Malloreycampb | 386.35 |
| 05/28 | Pilot Travel Cen Pilotdraft Campbell Famil 405293 | 4,163.14 |
| 05/29 | Card Purchase Cash App*philli 4829 Oakland    CA 94612  8191 | 69.00 |
| 05/29 | Card Purchase Smart Mart    5541 Boyle    MS 38730  8191 | 7.59 |



**Regions Bank**
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

**ACCOUNT #** ▆▆▆7500

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 26 |
| Page | 0 |
| | 4 of 6 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 05/29 | Card Purchase Boyle Lumber CO 5211 Boyle | MS 38730 | 8191 | | 14.97 |
| 05/29 | Card Purchase Boyle Lumber CO 5211 Boyle | MS 38730 | 8191 | | 24.60 |
| 05/29 | PIN Purchase On The Go Boyl 5541 Boyle | 8191 | | | 100.00 |
| 05/29 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 33.00 |
| 05/29 | PIN Purchase On The Go Boyl 5542 Boyle | 8191 | | | 25.70 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 143.00 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 100.00 |
| 05/30 | Card Purchase O Reilly 1452 5533 Cleveland | MS 38732 | 8191 | | 5.34 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 15.26 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 66.00 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 65.00 |
| 05/30 | Card Purchase Cash App*philli 4829 Oakland | CA 94612 | 8191 | | 102.60 |

Total Withdrawals $44,458.95

## FEES

| | | |
|---|---|---|
| 05/06 | Paid Overdraft Item Fee | 36.00 |

## RETURNED CHECKS

| | | | |
|---|---|---|---|
| 05/07 | Credit-Returned Ck# | 183 | 364.84 |
| 05/07 | Credit-Returned Ck# | 182 | 521.30 |

Total Returned Checks $886.14

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/01 | 177 | 100.00 | 05/14 | 197 | 1,235.85 |
| 05/05 | 178 | 1,483.90 | 05/21 | 198 | 1,000.00 |
| 05/05 | 179 | 1,311.91 | 05/18 | 199 | 1,477.16 |
| 05/06 | 180 | 1,298.71 | 05/16 | 200 | 1,115.00 |
| 05/05 | 181 | 1,643.47 | 05/19 | 201 | 873.90 |
| 05/06 | 182 | 521.30 | 05/20 | 203 * | 855.19 |
| 05/06 | 183 | 364.84 | 05/20 | 204 | 500.00 |
| 05/09 | 184 | 561.01 | 05/16 | 205 | 561.02 |
| 05/09 | 185 | 321.65 | 05/16 | 206 | 321.64 |
| 05/08 | 186 | 1,500.00 | 05/20 | 207 | 300.00 |
| 05/09 | 187 | 1,068.00 | 05/21 | 208 | 200.00 |
| 05/09 | 188 | 1,522.50 | 05/28 | 209 | 100.00 |
| 05/13 | 190 * | 1,137.16 | 05/23 | 210 | 1,071.82 |
| 05/12 | 191 | 1,077.29 | 05/28 | 212 * | 920.37 |
| 05/09 | 192 | 561.02 | 05/23 | 213 | 1,169.56 |
| 05/09 | 193 | 321.65 | 05/23 | 214 | 100.00 |
| 05/09 | 194 | 500.00 | 05/30 | 215 | 1,087.00 |
| 05/09 | 195 | 349.00 | 05/30 | 216 | 1,220.00 |
| 05/09 | 196 | 150.00 | | | |

Total Checks $29,901.92

* Break In Check Number Sequence.

 REGIONS

Regions Bank
Cleveland MS Main
129 South Sharp Ave.
Cleveland, MS 38732

CAMPBELL FAMILY ENTERPRISES INC
DEBTOR IN POSSESION
1214 WAVERLY AVE
CLEVELAND MS 38732-4139

ACCOUNT #    ✕✕✕7500

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 6 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 11,816.26 | 05/12 | 7,655.96 | 05/21 | 3,463.74 |
| 05/02 | 17,982.90 | 05/13 | 2,675.44 | 05/22 | 6,755.30 |
| 05/05 | 6,262.35 | 05/14 | 4,431.14 | 05/23 | 6,468.67 |
| 05/06 | 977.64 - | 05/15 | 4,301.69 | 05/27 | 6,917.26 |
| 05/07 | 6,306.97 | 05/16 | 10,108.94 | 05/28 | 5,838.24 |
| 05/08 | 7,717.52 | 05/19 | 11,938.58 | 05/29 | 12,502.73 |
| 05/09 | 6,147.58 | 05/20 | 4,790.7̶ | 05/30 | 12,318.01 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

Page 6 of 6

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a. List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Enter is Line 4 at Left

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-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
or write us at
Regions Electronic Funds Transfer Service
Post Office Box 4
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | |
|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR al Percentage Yield | SC - Service Charge |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APR | FWT - Federal Withholding Tax |

OD - Overdrawn
*Break in Number Sequence

You can make a deposit at the branch during business hours or account 24 hours a day, please visit https://selfservice.regions.com.
Online Banking or Mobile Banking. To make a deposit to an ove...