_____



**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Campbell Family Enterprises, Inc, Debtor**          **Case No. 25-10364-SDM**
                                                                                                        **CHAPTER 11**

## ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION, AS MODIFIED

The cause came on for hearing on the Debtor's *Plan of Reorganization* dated May 5, 2025 (Dkt. 67, the "Plan"). The Court also considered the *United States Trustee's Objection to Debtor's Plan of Reorganization* filed June 9, 2025 (Dkt. 71, the "UST Objection") and being notified that the parties have reached an agreement.

After due deliberation, the Court orders and adjudicates that:

1. This Court has jurisdiction under 28 U.S.C.§§ 157 and 1334, and venue is proper. Confirmation of a chapter 11 subchapter V plan is a core proceeding under 28 U.S.C. § 157(b)(2)(L).

2. The Plan, the hearing, and all related deadlines were served in accordance with Fed. R. Bankr. P. 2002 and 3017. No further notice is required.

3. As modified herein, the Plan complies with the applicable provisions of the Bankruptcy Code, including §§ 1129(a) and (b) (as incorporated by § 1191) or, if any impaired class has not accepted, the Plan satisfies § 1191(b).

4.  The Debtor proposed the Plan in good faith and not by any means forbidden by law (§ 1129(a)(3)).

5.  In accordance with 11 U.S.C. § 1129(a)(4), any compensation for services rendered or expenses incurred in this case is subject to prior approval by the Court. The Subchapter V Trustee shall continue to serve for the full term of the Plan pursuant to 11 U.S.C. § 1183. Debtor's counsel and the Subchapter V Trustee may submit fee applications at 120-day intervals, and the Debtor shall promptly pay all amounts approved by the Court.

6.  The Plan is feasible, and creditors will receive at least as much as in a liquidation (§§ 1129(a)(7), (b)(2)(B) and 1191(c)(3)).

7.  The Plan commits all projected disposable income for a 5-year period to Plan payments, and Class 9 general unsecured claims shall be paid pro rata, in five equal annual installments, until paid in full, thereby resolving ¶ 4(c) of the UST Objection.

8.  To resolve the duplicate description of a 2020 Volvo VNR truck in Classes 4 and 6 and to incorporate the parties' agreement, the Plan is amended as set out below ("Amendment to Class 4 Treatment"), which is approved and incorporated in full. The Court finds that the 2020 Volvo VNR Truck securing Amur's claim (VIN ending 3720) is distinct from the 2020 Volvo VNR Truck securing the Class 6 claim of Volvo Financial Services (VIN ending 4052). This clarification resolves ¶ 4(b) of the UST Objection.

9.  Pursuant to an agreement between the Debtor and Amur Equipment Finance, Inc. ("Amur"), the classification and treatment of Class 4 creditors under the Plan, specifically the secured Amur, shall be amended as follows:

a.  Amur holds a perfected, first-priority lien on one (1) 2020 Volvo VNR Truck

(VIN ending 3720), valued at $50,000.00. Amur's secured claim is allowed in the

principal amount of $50,000.00.

b.  The secured claim shall bear 8% simple interest per annum and be repaid in sixty

(60) equal monthly installments of $1,013.82, beginning on the Effective Date.

c.  Commencing June 15, 2025 and each month thereafter until the Effective Date,

the Debtor shall pay Amur $1,013.82 per month as adequate protection. Each

such payment shall be credited against the final monthly installment(s) due under

this Class 4 treatment.

d.  Amur shall retain its lien until the secured claim is paid in full. The Debtor shall

maintain insurance on the collateral as required by the loan documents.

e.  Any portion of Amur's claim not satisfied through the payments above shall be

treated as a Class 9 general unsecured claim and paid pro rata with other Class 9

creditors.

f.  Except as expressly modified herein, all other provisions of the Plan remain in full

force and effect.

10. Within five (5) business days after the Effective Date, the Debtor shall file a Notice of

Effective Date.

11. The Court retains jurisdiction to enforce this Order.

IT IS THEREFORE ORDERED THAT:

1.  The Debtor's Plan, as modified by this Order, is CONFIRMED under 11 U.S.C. § 1191.

2.  The provisions of the confirmed Plan and this Order are binding on the Debtor, all

    creditors, equity holders, and other parties in interest, whether or not they accepted the

    Plan, and on any successors or assigns of the foregoing (§ 1141).

3.  The Debtor is authorized to execute all documents and take all actions necessary to

    consummate the Plan and Amendment to Class 4 Treatment.

4.  Except as otherwise provided in the Plan or this Order, all property of the estate vests in

    the Debtor on upon completion of the plan, free and clear of all claims and interests,

    subject to the discharge provisions of § 1192.

5.  Compensation of the Subchapter V Trustee is governed by paragraph 5 above. The

    Trustee shall be retained consistent with § 1183.

6.  If any term of the confirmed Plan conflicts with this Order, this Order controls.

7.  **Counsel for the Debtor-in-possession is directed to serve a copy of this Order upon**

    **all creditors and parties in interest who have entered an appearance, all secured**

    **creditors, the unsecured creditor's committee, and the U.S. Trustee within**

    **fourteen (14) days of entry of the order. Counsel for the Debtor shall also provide**

    **an accompanying certificate of service to the Clerk of Court. (SDM)**

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

/s/ Steven Usry
STEVEN USRY (MSB #100922)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE OFFICE
OF THE U.S. TRUSTEE, REGION 5 501
EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5247
EMAIL: steven.usry@usdoj.gov

**Projected Income June 2026 to May 2027**

| Category | Amount |
|---|---|
| Income: | $1,212,200 |
| Expenses: | |
| Fuel | 325,000 |
| Insurance | 125,000 |
| Payroll and Taxes | 425,000 |
| Maintenance | 140,000 |
| Truck Parking | 22,000 |
| Secured Debts in Plan | 67,000 |
| Professional Fees | 13,000 |
| IFTA Tax | 10,000 |
| Apportion Plates | 15,000 |
| Software | 15,000 |
| Bank Fees | 5,000 |
| Office Expenses | 10,000 |
| Cspire | 5,200 |
| Reserve | 15,000 |
| Total Expenses: | 1,192,200 |
| | |
| Net Income: | 20,000 |

**Projected Income June 2027 to May 2028**

| Category | Amount |
|---|---|
| Income: | $1,247,000 |
| Expenses: | |
| Fuel | 335,000 |
| Insurance | 135,000 |
| Payroll and Taxes | 435,000 |
| Maintenance | 150,000 |
| Truck Parking | 24,000 |
| Secured Debts in Plan | 57,000 |
| Professional Fees | 14,000 |
| IFTA Tax | 12,000 |
| Apportion Plates | 17,000 |
| Software | 15,000 |
| Bank Fees | 5,000 |
| Office Expenses | 11,000 |
| Cspire | 5,500 |
| Reserve | 16,500 |
| Total Expenses: | 1,232,000 |
| | |
| Net Income: | 15,000 |

**Projected Income June 2028 to May 2029**

| Category | Amount |
|---|---|
| Income: | $1,281,000 |
| Expenses: | |
| Fuel | 345,000 |
| Insurance | 142,000 |
| Payroll and Taxes | 440,000 |
| Maintenance | 160,000 |
| Truck Parking | 24,000 |
| Secured Debts in Plan | 47,000 |
| Professional Fees | 15,000 |
| IFTA Tax | 15,000 |
| Apportion Plates | 20,000 |
| Software | 18,000 |
| Bank Fees | 6,000 |
| Office Expenses | 11,000 |
| Cspire | 6,000 |
| Reserve | 17,000 |
| Total Expenses: | 1,266,000 |
| | |
| Net Income: | 15,000 |

**Projected Income June 2029 to May 2030**

| Category | Amount |
|---|---|
| Income: | $1,314,000 |
| Expenses: | |
| Fuel | 350,000 |
| Insurance | 150,000 |
| Payroll and Taxes | 450,000 |
| Maintenance | 170,000 |
| Truck Parking | 26,000 |
| Secured Debts in Plan | 32,000 |
| Professional Fees | 17,000 |
| IFTA Tax | 18,000 |
| Apportion Plates | 22,000 |
| Software | 19,000 |
| Bank Fees | 7,000 |
| Office Expenses | 13,000 |
| Cspire | 7,000 |
| Reserve | 18,000 |
| Total Expenses: | 1,299,000 |
| | |
| Net Income: | 15,000 |

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 25-10364-SDM

Campbell Family Enterprises, Inc                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                        User: autodocke                          Page 1 of 3

Date Rcvd: Jun 27, 2025                     Form ID: pdf0004                         Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Campbell Family Enterprises, Inc, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4529653 | + | Arnold U. Luciano, Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4516263 | + | CFG Mercaht Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 4516265 | + | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4522229 | + | Cleveland State Bank, c/o Arnold U. Luciano, P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4516266 | + | General Truck, 1973 East Brooks Road, PO Box 161202, Memphis, TN 38186-1202 |
| 4535468 | + | LIFT FUND, INC, 2014 S HACKBERRY, SAN ANTONIO TX 78210-3541 |
| 4536430 | + | Lift Fund Inc, 2014 S. Hackberry St., 2014 S. Hackberry St., San Antonio, TX 78210-3541 |
| 4516269 | + | North Mill Eqipment Fi, PO Box 77840, Springfield, OH 45501-7840 |
| 4516270 | + | Phillip Campbell, 1214 Waverly Street, Cleveland, MS 38732-4139 |
| 4516271 | + | TopMark Funding, LLC, 516 Gibson Dr.,, Suite 160, Roseville, CA 95678-5792 |
| 4516274 | | United First, 299 NE 191st Street, Miami, FL 33180 |
| 4555584 | + | United First, LLC: 281314, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 4516277 | | Webb Trucking, LLC, 501 Arrington Rd, Cleveland, MS 38732 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4516261 | | Email/Text: bankruptcy@amuref.com | Jun 27 2025 23:46:00 | AMUR, PO Box 911685, Denver, CO 80291-1685 |
| 4516260 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 23:56:42 | American Express, PO Box 297800, Fort Lauderda, FL 33329-7800 |
| 4526854 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 23:56:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4533419 | + | Email/Text: MKYE@KYELAW.COM | Jun 27 2025 23:46:00 | Amur Equipment Finance, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| 4522445 | | Email/Text: bankruptcynotice@corpbill.com | Jun 27 2025 23:46:00 | CORPORATE BILLING, DEPT. 100 PO BOX 830604, BIRMINGHAM, AL 35283 |
| 4516262 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 23:56:27 | Capital One Bank, P.O. Box 60519, City of Indus, CA 91716-0519 |
| 4553629 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 23:56:41 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4516264 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 23:56:10 | Chase, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 4516267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 23:46:00 | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4516268 | + | Email/Text: ebone.woods@usdoj.gov | Jun 27 2025 23:46:00 | Internal Revenue Service, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4516313 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | | |

| | | | |
|---|---|---|---|
| | | Jun 27 2025 23:46:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4554750 | + Email/Text: emiller@northmillef.com | Jun 27 2025 23:46:00 | North Mill Equipment Finance LLC, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 4516272 | + Email/Text: bankruptcy@bbandt.com | Jun 27 2025 23:46:00 | Truist Bank, P.O. Box 85041, Richmond, VA 23285-5041 |
| 4527151 | + Email/Text: bankruptcy@bbandt.com | Jun 27 2025 23:46:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4516314 | + Email/Text: USAMSN.Bankruptcy@usdoj.gov | Jun 27 2025 23:45:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4516315 | Email/Text: atlreorg@sec.gov | Jun 27 2025 23:46:00 | U. S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta GA 30326-1382 |
| 4516275 | ^ MEBN | Jun 27 2025 23:43:40 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4516273 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 27 2025 23:46:00 | U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 4522750 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 27 2025 23:46:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 4516276 | + Email/Text: vfs.bnc.us@volvo.com | Jun 27 2025 23:46:00 | Volvo Financial Servic, PO Box 7247-0236, Philadelphia, PA 19170-0001 |
| 4554904 | + Email/Text: vfs.bnc.us@volvo.com | Jun 27 2025 23:46:00 | Volvo Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com  mhankins@jlpalaw.com |
| Robert A. Byrd | |

District/off: 0537-1                          User: autodocke                                    Page 3 of 3
Date Rcvd: Jun 27, 2025                     Form ID: pdf0004                              Total Noticed: 35

rab@byrdwiser.com  rbyrdMSN@ecf.axosfs.com

Robert A. Byrd
      on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrdMSN@ecf.axosfs.com

Robert Alan Byrd
      on behalf of Trustee Robert A. Byrd rab@byrdwiser.com

Steven Usry
      on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov  cara.pardue@usdoj.gov

Thomas C. Rollins, Jr.
      on behalf of Debtor Campbell Family Enterprises  Inc trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
      USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 7