## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

IN RE:

**CAMPBELL FAMILY ENTERPRISES, INC.**              **CASE NO.  25-10364 SDM**

## APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES

Comes now Robert Alan Byrd, the duly appointed Subchapter V Trustee in the above encaptioned cause, and files this his Application for Fees and Expenses, and in support of same would show unto the Court the following, to-wit:

I

That Robert Alan Byrd was duly appointed as the Subchapter V Trustee in the above encaptioned estate on the 5th day of February, 2025.  All services for which compensation is requested by the applicant were performed by me as the Subchapter V Trustee of the estate.

II

That to date,  the Subchapter V Trustee has expended 13.70 hours representing reasonable trustee's fees in the amount of $3,767.50, at an hourly rate of $275.00, plus expenses in the amount of $24.93, for total fees and expenses in the amount of $3,792.43, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That the Subchapter V Trustee has not submitted any previous requests for compensation in the above encaptioned case.

WHEREFORE, premises considered, your Movant would pray that after notice and hearing that this Court enter its Order approving the requested trustee's fees in the amount of $3,767.50, plus expenses in the amount of $24.93, for total fees and expenses in the amount of $3,792.43, and authorize the Estate to disburse same to the Subvchapter V Trustee.  Your

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Movant furthermore prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

BY:  BYRD & WISER

BY:    _____

      ROBERT ALAN BYRD
      SUBCHAPTER V TRUSTEE
      MSB#7651
      EMAIL: rab@byrdwiser.com

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that I have this day filed the foregoing via the Court's ECF system which caused a copy of same to be delivered to all counsel of record and all parties listed on the service list attached hereto.

This the ___ day of July, 2025.

_____
ROBERT ALAN BYRD

**BYRD & WISER**
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

BYRD & WISER
Attorneys, Counselors at Law
P.O. Box 1939
145 Main Street
Biloxi, Ms. 39533
Telephone (228) 432-8123    Fax (228) 432-7029
Email: wrs@byrdwiser.com    http:\\www.byrdwiser.com
Fed. ID #64-0790131

|  |  |
|---|---|
| Subchapter V Trustee | Page: 1 |
| Robert Alan Byrd | 06/30/2025 |
| Byrd & Wiser | Account No:    3410-00044 |
| PO Drawer 1939 | Statement No:    79072 |
| Biloxi  MS  39533 |  |

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

### Fees

| Date | Init | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 02/06/2025 | RAB | Read and Review Incoming Pleadings - Debtor - cash coll. | 0.30 | 82.50 |
|  | RAB | Telephone Conference with T.C. Rollins re:  rates/process/plan | 0.20 | 55.00 |
| 02/07/2025 | RAB | Review of Documents | 0.30 | 82.50 |
| 02/11/2025 | RAB | Read and Review Incoming Correspondence - UST - 341 | 0.10 | 27.50 |
|  | RAB | Draft Motion - fee escrow | 1.00 | 275.00 |
|  | RAB | Draft Order - fee escrow | 0.50 | 137.50 |
| 02/12/2025 | RAB | Read and Review Incoming Pleadings  Ct. re:  hearing - cash coll. | 0.10 | 27.50 |
| 02/14/2025 | RAB | Read and Review Incoming Pleadings - Orders - cash coll. | 0.30 | 82.50 |
| 02/18/2025 | RAB | Read and Review Incoming Correspondence - B. Alex. - IDI | 0.20 | 55.00 |
|  | RAB | Read and Review Incoming Pleadings - small bus. operations | 0.30 | 82.50 |
| 02/19/2025 | RAB | Review of Documents - tax return/cash flow/P&L | 0.40 | 110.00 |
| 02/21/2025 | RAB | Read and Review Incoming Correspondence re:  DIP accounts | 0.20 | 55.00 |
| 02/25/2025 | RAB | Read and Review Incoming Correspondence and IDI mtls. | 0.30 | 82.50 |
| 03/03/2025 | RAB | Court Appearance - tele. - IDI | 0.70 | 192.50 |
|  | RAB | Draft Order - fee escrow | 0.50 | 137.50 |
| 03/07/2025 | RAB | Read and Review Incoming Correspondence - TC - DIP Acct. | 0.10 | 27.50 |
|  | RAB | Telephone Conference with TC re:  DIP accts. | 0.10 | 27.50 |
| 03/10/2025 | RAB | Read and Review Incoming Correspondence re:  DIP accounts | 0.20 | 55.00 |

Subchapter V Trustee

Account No:    3410-00044
Statement No:    79072

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

| Date | | | Hours | |
|---|---|---|---|---|
| 03/18/2025 | RAB | Court Appearance - 341 | 0.50 | 137.50 |
| | RAB | Review of Documents for 341 | 0.20 | 55.00 |
| 03/19/2025 | RAB | Read and Review Incoming Pleadings - status report | 0.30 | 82.50 |
| 03/25/2025 | RAB | Read and Review Incoming Pleadings - CPA app. | 0.20 | 55.00 |
| 03/31/2025 | RAB | Read and Review Incoming Pleadings - Am. schedules | 0.30 | 82.50 |
| 04/02/2025 | RAB | Read and Review Incoming Pleadings - Am. schedule | 0.30 | 82.50 |
| 04/03/2025 | RAB | Review of Documents - 2023 tax return | 0.30 | 82.50 |
| 04/04/2025 | RAB | Read and Review Incoming Pleadings - final - cash coll. | 0.20 | 55.00 |
| 04/07/2025 | RAB | Read and Review Incoming Pleadings - final cash. coll. Order | 0.20 | 55.00 |
| 04/22/2025 | RAB | Read and Review Incoming Pleadings - Am. Sched. | 0.10 | 27.50 |
| | RAB | Read and Review Incoming Pleadings - Feb./Mar. MOR | 0.30 | 82.50 |
| 05/01/2025 | RAB | Read and Review Incoming Pleadings - Feb/Mar MORS | 0.30 | 82.50 |
| 05/06/2025 | RAB | Read and Review Incoming Pleadings - plan and ex's | 0.50 | 137.50 |
| | RAB | Email Correspondence with TCR - plan omission | 0.20 | 55.00 |
| 05/09/2025 | RAB | Read and Review Incoming Pleadings - plan notice | 0.30 | 82.50 |
| 05/10/2025 | RAB | Read and Review Incoming Pleadings - Court - conf. notice | 0.20 | 55.00 |
| 05/20/2025 | RAB | Telephone Conference with T.C. Rollins re:  plan/conf. issues | 0.20 | 55.00 |
| 05/27/2025 | RAB | Read and Review Incoming Pleadings - April MOR | 0.30 | 82.50 |
| 06/09/2025 | RAB | Read and Review Incoming Pleadings - UST plan obj. | 0.30 | 82.50 |
| 06/17/2025 | RAB | Review of Documents - draft conf. Order | 0.30 | 82.50 |
| 06/20/2025 | RAB | Read and Review Incoming Pleadings - April MOR | 0.20 | 55.00 |
| 06/24/2025 | RAB | Court Appearance - tele. - plan | 0.50 | 137.50 |
| | RAB | Read and Review Incoming Pleadings - May MOR | 0.20 | 55.00 |
| 06/30/2025 | RAB | Prep. fee app/Order/Notice/Cert. | 1.50 | 412.50 |
| | | For Current Services Rendered | 13.70 | 3,767.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Byrd | 13.70 | $275.00 | $3,767.50 |

Subchapter V Trustee

06/30/2025

Account No: 3410-00044
Statement No: 79072

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

Hours

### Expenses

| | | |
|---|---|---:|
| 02/12/2025 | Postage | 15.18 |
| 02/12/2025 | Copy Exp.: $.25/page; # of copies: 39 | 9.75 |
| | Total Expenses | 24.93 |
| | Total Current Work | 3,792.43 |
| | Balance Due | $ 3,792.43 |