IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE:

CAMPBELL FAMILY ENTERPRISES, INC.                    CASE NO. 25-10364 SDM

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Hearing and Deadlines and Application for Allowance of Fees and Expenses to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at tc@therollinsfirm.com

Office of the U.S. Trustee, at USTPRegion05.JA.ECF@usdoj.gov

**WITH A COPY MAILED TO ALL PARTIES LISTED ON THE SERVICE LIST ATTACHED HERETO**

This the 10th day of July, 2025.

/S/ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 25-10364-SDM<br>Northern District of Mississippi<br>Aberdeen<br>Mon Jul  7 17:50:20 CDT 2025 | Campbell Family Enterprises, Inc<br>1214 Waverly Ave<br>Cleveland, MS 38732-4139 | Cleveland State Bank<br>P.O. Box 1000<br>Cleveland, MS 38732-1000 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MS Tax Commission<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Cochran U.S. Bankruptcy Courthouse<br>Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730-9569 |
| AMUR<br>PO Box 911685<br>Denver, CO 80291-1685 | American Express<br>PO Box 297800<br>Fort Lauderda, FL 33329-7800 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amur Equipment Finance, Inc.<br>c/o Kye Law Group, P.C.<br>201 Old Country Road, Suite 120<br>Melville, NY 11747-2725 | Arnold U. Luciano<br>Jacks Griffith Luciano, P.A.<br>P.O. Box 1209<br>Cleveland, MS 38732-1209 | CFG Mercaht Solutions<br>180 Maiden Lane<br>Floor 15<br>New York, NY 10038-5150 |
| (p)CORPORATE BILLING<br>ATTN JANICE HEARD<br>PO BOX 1726<br>DECATUR AL 35602-1726 | Capital One Bank<br>P.O. Box 60519<br>City of Indus, CA 91716-0519 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Cleveland State Bank<br>PO Box 1000<br>110  Commerce Ave<br>Cleveland, MS 38732-2736 | Cleveland State Bank<br>c/o Arnold U. Luciano<br>P.O. Box 1209<br>Cleveland, MS 38732-1209 |
| General Truck<br>1973 East Brooks Road<br>PO Box 161202<br>Memphis, TN 38186-1202 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 |
| LIFT FUND, INC<br>2014 S HACKBERRY<br>SAN ANTONIO TX 78210-3541 | Lift Fund Inc<br>2014 S. Hackberry St.<br>2014 S. Hackberry St.<br>San Antonio, TX 78210-3541 | Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson MS 39225-2808 |
| North Mill Eqipment Fi<br>PO Box 77840<br>Springfield, OH 45501-7840 | North Mill Equipment Finance LLC<br>601 Merritt 7 - Suite 5<br>Norwalk, CT 06851-1097 | Phillip Campbell<br>1214 Waverly Street<br>Cleveland, MS 38732-4139 |
| TopMark Funding, LLC<br>516 Gibson Dr.,<br>Suite 160<br>Roseville, CA 95678-5792 | Truist Bank<br>P.O. Box 85041<br>Richmond, VA 23285-5041 | Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |

| | | |
|---|---|---|
| U. S. Attorney<br>Northern District of Mississippi<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta GA 30326-1382 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United First<br>299 NE 191st Street<br>Miami, FL 33180 |
| United First, LLC: 281314<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Volvo Financial Servic<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0001 | Volvo Financial Services<br>PO Box 26131<br>Greensboro, NC 27402-6131 |
| Webb Trucking, LLC<br>501 Arrington Rd<br>Cleveland, MS 38732 | Robert A. Byrd<br>Byrd & Wiser<br>P. O. Box 1939<br>Biloxi, MS 39533-1939 | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>ATTN: Special Procedures Staff<br>100 West Capitol St.<br>Room 504<br>Jackson, MS 39269 | CORPORATE BILLING<br>DEPT. 100 PO BOX 830604<br>BIRMINGHAM, AL 35283 | U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 |
| (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Gainspoletti & Associates, CPA, LLC | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:   Campbell Family Enterprises, Inc    )    Case No.: 25−10364−SDM
         Debtor(s)                           )    Chapter: 11
                                             )    Judge: Selene D. Maddox
                                             )
                                             )

   PLEASE TAKE NOTICE that a hearing will be held at

   Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

   on 8/28/25 at 10:00 AM

   Responses Due: 8/4/25

   to consider and act upon the following:

   78 − Application for Compensation for Robert Alan Byrd, Trustee Chapter 9/11, Fee: $3,767.50, Expenses: $24.93. Filed by Robert Alan Byrd. (Byrd, Robert)

   **This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

   Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

   A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 7/9/25

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                    BY: VSD
                                        Deputy Clerk

**File a Motion:**

25-10364-SDM Campbell Family Enterprises, Inc
Type: bk                    Chapter: 11 v              Office: 1 (Aberdeen)
Assets: y                   Judge: SDM                 Case Flag: Subchapter_V, SmBus

**U.S. Bankruptcy Court**

**Northern District of Mississippi**

Notice of Electronic Filing

The following transaction was received from Robert Alan Byrd entered on 7/9/2025 at 11:21 AM CDT and filed on 7/9/2025
Case Name:      Campbell Family Enterprises, Inc
Case Number:    25-10364-SDM
Document Number: 78

Docket Text:
Application for Compensation for Robert Alan Byrd, Trustee Chapter 9/11, Fee: $3,767.50, Expenses: $24.93. Filed by Robert Alan Byrd. (Byrd, Robert)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: doc02956220250709092746.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1009998712 [Date=7/9/2025] [FileNumber=17889286-0
] [bd6529deda1341f05c40ea7b8a96adcdcf9ce64472a0b3fd54f9e0a42efbbccec01
4f70f7057fc7025d54b83c479e10fb21b0ddf5cad8a94851e82403a5cbe91]]

**25-10364-SDM Notice will be electronically mailed to:**

Robert A. Byrd
rab@byrdwiser.com, rbyrdMSN@ecf.axosfs.com

Robert A. Byrd on behalf of Trustee Robert A. Byrd
rab@byrdwiser.com, rbyrdMSN@ecf.axosfs.com

Robert Alan Byrd on behalf of Trustee Robert A. Byrd
rab@byrdwiser.com

Arnulfo U. Luciano on behalf of Creditor Cleveland State Bank
aluciano@jlpalaw.com, mhankins@jlpalaw.com

Thomas C. Rollins, Jr. on behalf of Debtor Campbell Family Enterprises, Inc
trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.cc

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Steven Usry on behalf of U.S. Trustee U. S. Trustee
steven.usry@usdoj.gov, cara.pardue@usdoj.gov

**25-10364-SDM Notice will not be electronically mailed to:**

Gainspoletti & Associates, CPA, LLC
,

IRS
ATTN: Special Procedures Staff
100 West Capitol St.
Room 504
Jackson, MS 39269

MS Tax Commission
P.O. Box 22808
Jackson, MS 39225

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

IN RE:

CAMPBELL FAMILY ENTERPRISES, INC.　　　　　　CASE NO. 25-10364 SDM

## APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES

Comes now Robert Alan Byrd, the duly appointed Subchapter V Trustee in the above encaptioned cause, and files this his Application for Fees and Expenses, and in support of same would show unto the Court the following, to-wit:

I

That Robert Alan Byrd was duly appointed as the Subchapter V Trustee in the above encaptioned estate on the 5th day of February, 2025. All services for which compensation is requested by the applicant were performed by me as the Subchapter V Trustee of the estate.

II

That to date, the Subchapter V Trustee has expended 13.70 hours representing reasonable trustee's fees in the amount of $3,767.50, at an hourly rate of $275.00, plus expenses in the amount of $24.93, for total fees and expenses in the amount of $3,792.43, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That the Subchapter V Trustee has not submitted any previous requests for compensation in the above encaptioned case.

WHEREFORE, premises considered, your Movant would pray that after notice and hearing that this Court enter its Order approving the requested trustee's fees in the amount of $3,767.50, plus expenses in the amount of $24.93, for total fees and expenses in the amount of $3,792.43, and authorize the Estate to disburse same to the Subvchapter V Trustee. Your

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Movant furthermore prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD
SUBCHAPTER V TRUSTEE
MSB#7651
EMAIL: rab@byrdwiser.com

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that I have this day filed the foregoing via the Court's ECF system which caused a copy of same to be delivered to all counsel of record and all parties listed on the service list attached hereto.

This the _____ day of July, 2025.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# BYRD & WISER
Attorneys & Counselors at Law
P.O. Box 1939
145 Main Street
Biloxi, Ms. 39533
Telephone (228) 432-8123    Fax (228) 432-7029
Email: wrs@byrdwiser.com    http:\\www.byrdwiser.com
Fed. ID #64-0790131

Page: 1
06/30/2025
Account No:    3410-00044
Statement No:    79072

Subchapter V Trustee
Robert Alan Byrd
Byrd & Wiser
PO Drawer 1939
Biloxi MS 39533

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/2025 | RAB | Read and Review Incoming Pleadings - Debtor - cash coll. | 0.30 | 82.50 |
|  | RAB | Telephone Conference with T.C. Rollins re: rates/process/plan | 0.20 | 55.00 |
| 02/07/2025 | RAB | Review of Documents | 0.30 | 82.50 |
| 02/11/2025 | RAB | Read and Review Incoming Correspondence - UST - 341 | 0.10 | 27.50 |
|  | RAB | Draft Motion - fee escrow | 1.00 | 275.00 |
|  | RAB | Draft Order - fee escrow | 0.50 | 137.50 |
| 02/12/2025 | RAB | Read and Review Incoming Pleadings Ct. re: hearing - cash coll. | 0.10 | 27.50 |
| 02/14/2025 | RAB | Read and Review Incoming Pleadings - Orders - cash coll. | 0.30 | 82.50 |
| 02/18/2025 | RAB | Read and Review Incoming Correspondence - B. Alex. - IDI | 0.20 | 55.00 |
|  | RAB | Read and Review Incoming Pleadings - small bus. operations | 0.30 | 82.50 |
| 02/19/2025 | RAB | Review of Documents - tax return/cash flow/P&L | 0.40 | 110.00 |
| 02/21/2025 | RAB | Read and Review Incoming Correspondence re: DIP accounts | 0.20 | 55.00 |
| 02/25/2025 | RAB | Read and Review Incoming Correspondence and IDI mtls. | 0.30 | 82.50 |
| 03/03/2025 | RAB | Court Appearance - tele. - IDI | 0.70 | 192.50 |
|  | RAB | Draft Order - fee escrow | 0.50 | 137.50 |
| 03/07/2025 | RAB | Read and Review Incoming Correspondence - TC - DIP Acct. | 0.10 | 27.50 |
|  | RAB | Telephone Conference with TC re: DIP accts. | 0.10 | 27.50 |
| 03/10/2025 | RAB | Read and Review Incoming Correspondence re: DIP accounts | 0.20 | 55.00 |

Case 25-10364-SDM   Doc 84   Filed 07/10/25   Entered 07/10/25 15:21:29   Desc Main
Document      Page 9 of 10

Subchapter V Trustee                                                                     Page 2
                                                                                         06/30/2025
                                                            Account No:     3410-00044
                                                            Statement No:   79072

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

|            |     |                                                                     | Hours |         |
|------------|-----|---------------------------------------------------------------------|-------|---------|
| 03/18/2025 | RAB | Court Appearance - 341                                              | 0.50  | 137.50  |
|            | RAB | Review of Documents for 341                                         | 0.20  | 55.00   |
| 03/19/2025 | RAB | Read and Review Incoming Pleadings - status report                  | 0.30  | 82.50   |
| 03/25/2025 | RAB | Read and Review Incoming Pleadings - CPA app.                       | 0.20  | 55.00   |
| 03/31/2025 | RAB | Read and Review Incoming Pleadings - Am. schedules                  | 0.30  | 82.50   |
| 04/02/2025 | RAB | Read and Review Incoming Pleadings - Am. schedule                   | 0.30  | 82.50   |
| 04/03/2025 | RAB | Review of Documents - 2023 tax return                               | 0.30  | 82.50   |
| 04/04/2025 | RAB | Read and Review Incoming Pleadings - final - cash coll.             | 0.20  | 55.00   |
| 04/07/2025 | RAB | Read and Review Incoming Pleadings - final cash. coll. Order        | 0.20  | 55.00   |
| 04/22/2025 | RAB | Read and Review Incoming Pleadings - Am. Sched.                     | 0.10  | 27.50   |
|            | RAB | Read and Review Incoming Pleadings - Feb./Mar. MOR                  | 0.30  | 82.50   |
| 05/01/2025 | RAB | Read and Review Incoming Pleadings - Feb/Mar MORS                   | 0.30  | 82.50   |
| 05/06/2025 | RAB | Read and Review Incoming Pleadings - plan and ex's                  | 0.50  | 137.50  |
|            | RAB | Email Correspondence with TCR - plan omission                       | 0.20  | 55.00   |
| 05/09/2025 | RAB | Read and Review Incoming Pleadings - plan notice                    | 0.30  | 82.50   |
| 05/10/2025 | RAB | Read and Review Incoming Pleadings - Court - conf. notice           | 0.20  | 55.00   |
| 05/20/2025 | RAB | Telephone Conference with T.C. Rollins re: plan/conf. issues        | 0.20  | 55.00   |
| 05/27/2025 | RAB | Read and Review Incoming Pleadings - April MOR                      | 0.30  | 82.50   |
| 06/09/2025 | RAB | Read and Review Incoming Pleadings - UST plan obj.                  | 0.30  | 82.50   |
| 06/17/2025 | RAB | Review of Documents - draft conf. Order                             | 0.30  | 82.50   |
| 06/20/2025 | RAB | Read and Review Incoming Pleadings - April MOR                      | 0.20  | 55.00   |
| 06/24/2025 | RAB | Court Appearance - tele. - plan                                     | 0.50  | 137.50  |
|            | RAB | Read and Review Incoming Pleadings - May MOR                        | 0.20  | 55.00   |
| 06/30/2025 | RAB | Prep. fee app/Order/Notice/Cert.                                    | 1.50  | 412.50  |
|            |     | For Current Services Rendered                                       | 13.70 | 3,767.50|

Recapitulation

| Timekeeper      | Hours | Rate     | Total      |
|-----------------|-------|----------|------------|
| Robert A. Byrd  | 13.70 | $275.00  | $3,767.50  |

Subchapter V Trustee  06/30/2025
Account No: 3410-00044
Statement No: 79072

Campbell Family Enterprises, Inc.
Case No. 25-10364 SDM
Chapter 11 - Subchapter V

Hours

### Expenses

| Date | Description | Amount |
|---|---|---|
| 02/12/2025 | Postage | 15.18 |
| 02/12/2025 | Copy Exp.: $.25/page; # of copies: 39 | 9.75 |
| | Total Expenses | 24.93 |
| | Total Current Work | 3,792.43 |
| | Balance Due | $ 3,792.43 |