**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Campbell Family Enterprises, Inc, Debtor        Case No. 25-10364-SDM
                                                                                                    **CHAPTER 11**

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Hearing Notice and Motion to Dismiss were forwarded on July 11, 2025, by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix):

By Electronic CM/ECF Notice:

    Robert A. Byrd, Trustee

    Arnulfo U. Luciano, Attorney for Creditor

    U.S. Trustee

                                   /s/ Thomas C. Rollins, Jr.
                                   Thomas C. Rollins, Jr. (MSBN 103469)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-10364 |
|---|---|
| CAMPBELL FAMILY ENTERPRISES, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/11/2025, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Dismiss

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>CAMPBELL FAMILY ENTERPRISES, INC | CASE NO: 25-10364<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 7/11/2025, a copy of the following documents, described below,

Hearing Notice and Motion to Dismiss

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled D/NO SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| LABEL MATRIX FOR LOCAL NOTICING 05371 | AMUR | AMERICAN EXPRESS |
|---|---|---|
| CASE 25-10364-SDM | PO BOX 911685 | PO BOX 297800 |
| NORTHERN DISTRICT OF MISSISSIPPI | DENVER CO 80291-1685 | FORT LAUDERDA FL 33329-7800 |
| ABERDEEN | | |
| THU JUL 10 17-00-24 CDT 2025 | | |

| AMERICAN EXPRESS NATIONAL BANK | AMUR EQUIPMENT FINANCE INC | ARNOLD U LUCIANO |
|---|---|---|
| CO BECKET AND LEE LLP | CO KYE LAW GROUP PC | JACKS GRIFFITH LUCIANO PA |
| PO BOX 3001 | 201 OLD COUNTRY ROAD SUITE 120 | PO BOX 1209 |
| MALVERN PA 19355-0701 | MELVILLE NY 11747-2725 | CLEVELAND MS 38732-1209 |

| ~~EXCLUDE~~ | ROBERT ALAN BYRD | CFG MERCAHT SOLUTIONS |
|---|---|---|
| ~~ROBERT A BYRD~~ | 145 MAIN STREET | 180 MAIDEN LANE |
| ~~BYRD  WISER~~ | P O BOX 1939 | FLOOR 15 |
| ~~P O BOX 1939~~ | BILOXI MS 39533-1939 | NEW YORK NY 10038-5150 |
| ~~BILOXI MS 39533 1939~~ | | |

| | DEBTOR | |
|---|---|---|
| (P)CORPORATE BILLING | CAMPBELL FAMILY ENTERPRISES INC | CAPITAL ONE BANK |
| ATTN JANICE HEARD | 1214 WAVERLY AVE | PO BOX 60519 |
| PO BOX 1726 | CLEVELAND MS 38732-4139 | CITY OF INDUS CA 91716-0519 |
| DECATUR AL 35602-1726 | | |

| CAPITAL ONE NA | CHASE | CLEVELAND STATE BANK |
|---|---|---|
| BY AIS INFOSOURCE LP AS AGENT | PO BOX 15548 | PO BOX 1000 |
| PO BOX 71083 | WILMINGTON DE 19886-5548 | CLEVELAND MS 38732-1000 |
| CHARLOTTE NC 28272-1083 | | |

| CLEVELAND STATE BANK | CLEVELAND STATE BANK | GENERAL TRUCK |
|---|---|---|
| PO BOX 1000 | CO ARNOLD U LUCIANO | 1973 EAST BROOKS ROAD |
| 110 COMMERCE AVE | PO BOX 1209 | PO BOX 161202 |
| CLEVELAND MS 38732-2736 | CLEVELAND MS 38732-1209 | MEMPHIS TN 38186-1202 |

| (P)INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE |
|---|---|---|
| CENTRALIZED INSOLVENCY OPERATIONS | CENTRALIZED INSOLVENCY | CO US ATTORNEY |
| PO BOX 7346 | PO BOX 7346 | 501 EAST COURT ST |
| PHILADELPHIA PA 19101-7346 | PHILADELPHIA PA 19101-7346 | STE 4430 |
| | | JACKSON MS 39201-5025 |

| LIFT FUND INC | LIFT FUND INC | ARNULFO U LUCIANO |
|---|---|---|
| 2014 S HACKBERRY | 2014 S HACKBERRY ST | JACKS GRIFFITH LUCIANO PA |
| SAN ANTONIO TX 78210-3541 | 2014 S HACKBERRY ST | PO BOX 1209 |
| | SAN ANTONIO TX 78210-3541 | CLEVELAND MS 38732-1209 |

| MS TAX COMMISSION | MISSISSIPPI DEPARTMENT OF REVENUE | NORTH MILL EQIPMENT FI |
|---|---|---|
| PO BOX 22808 | BANKRUPTCY SECTION | PO BOX 77840 |
| JACKSON MS 39225-2808 | POST OFFICE BOX 22808 | SPRINGFIELD OH 45501-7840 |
| | JACKSON MS 39225-2808 | |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled D/NOTICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NORTH MILL EQUIPMENT FINANCE LLC<br>601 MERRITT 7  SUITE 5<br>NORWALK CT 06851-1097 | PHILLIP CAMPBELL<br>1214 WAVERLY STREET<br>CLEVELAND MS 38732-4139 | EXCLUDE<br>THOMAS C ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |
| TOPMARK FUNDING LLC<br>516 GIBSON DR<br>SUITE 160<br>ROSEVILLE CA 95678-5792 | TRUIST BANK<br>PO BOX 85041<br>RICHMOND VA 23285-5041 | TRUIST BANK SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND VA 23286-0001 |
| U S ATTORNEY<br>NORTHERN DISTRICT OF MISSISSIPPI<br>900 JEFFERSON AVENUE<br>OXFORD MS 38655-3608 | U S SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD SUITE 900<br>ATLANTA GA 30326-1382 | EXCLUDE<br>U S TRUSTEE<br>501 EAST COURT STREET SUITE 6430<br>JACKSON MS 39201-5022 |
| (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | UNITED FIRST<br>299 NE 191ST STREET<br>MIAMI FL 33180 |
| UNITED FIRST LLC 281314<br>CO KAMINSKI LAW PLLC<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | STEVEN USRY<br>DOJUST<br>501 E COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | VOLVO FINANCIAL SERVIC<br>PO BOX 72470236<br>PHILADELPHIA PA 19170-0001 |
| VOLVO FINANCIAL SERVICES<br>PO BOX 26131<br>GREENSBORO NC 27402-6131 | WEBB TRUCKING LLC<br>501 ARRINGTON RD<br>CLEVELAND MS 38732 | |

Case 25-10364-SDM Doc 85 Filed 07/09/25 Entered 07/09/25 16:23:01 Desc Main
Document Page 1 of 1

Case 25-10364-SDM Doc 85 Filed 07/09/25 Entered 07/09/25 16:23:01 Desc BK Hrg
Stand Ord/Resp VHear-resp Page 6 Page 1 of 1

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Campbell Family Enterprises, Inc )
       Debtor(s) )
)
)
)
)

Case No.: 25−10364−SDM
Chapter: 11
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 8/28/25 at 10:00 AM

Responses Due: 8/4/25

to consider and act upon the following:

*79* – Motion to Dismiss Case Filed by Thomas C. Rollins Jr. on behalf of Campbell Family Enterprises, Inc. (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 7/9/25

                                            Shallanda J. Clay
                                            Clerk, U.S. Bankruptcy Court

                                       BY: VSD
                                            Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Campbell Family Enterprises, Inc, Debtor          Case No. 25-10364-SDM
                                                                 CHAPTER 11

## DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

COMES NOW, Campbell Family Enterprises, Inc. ("Debtor"), by and through counsel, and moves this Court to Dismiss this chapter 11 case, and in support thereof, would respectfully show the Court as follows:

1. Pursuant to 11 U.S.C. § 1112(b)(1), the Debtor seeks dismissal of its Chapter 11 case on the grounds that (a) there is cause for dismissal because the Debtor has ceased operations, is incurring continuing losses, and lacks the ability to comply with its confirmed plan; and (b) dismissal is in the best interests of creditors and the estate.

2. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

3. On June 27, 2025, the Court entered an order confirming the Debtor's Second Amended Plan of Reorganization (the "Plan"). The Plan anticipated that the Debtor would continue its trucking operations, generate revenue, and make required post-confirmation plan payments to secured and unsecured creditors.

4. Since confirmation, the Debtor has suffered a series of crippling events:

    a. Multiple mechanical breakdowns of its trucks have rendered its fleet inoperable;

    b. A driver resigned and temporarily refused to return the truck, effectively "holding it hostage";

    c. Other drivers refused to work around the recent holiday, further halting operations;

    d. The Debtor was unable to maintain required insurance on its vehicles, and has therefore parked all trucks.

As a result, the Debtor has no ongoing revenue, cannot meet its insurance obligations, and is unable to make distributions under the Plan.

5. Section 1112(b)(1) of the Bankruptcy Code provides that, on request of a party in interest and after notice and a hearing, the Court shall dismiss a Chapter 11 case "for cause." 11 U.S.C. § 1112(b)(1). Cause exists here because:

    a. The Debtor has experienced a substantial or continuing loss to the estate and there is no reasonable likelihood of rehabilitation. § 1112(b)(4)(A).

    b. The Debtor has been unable to effectuate substantial consummation of its Plan. § 1112(b)(4)(J).

    c. The Debtor is unable to comply with its obligations under the confirmed Plan. § 1112(b)(4)(M).

Once the Debtor ceased generating revenue—due to mechanical failures, driver issues, and lack of insurance—its Plan became infeasible. The Debtor cannot pay post-confirmation administrative expenses, fund insurance premiums, or make Plan payments.

6. Conversion to Chapter 7 is not an option: there is no unencumbered property available to fund a liquidation, and the administrative burden of a Chapter 7 trustee would unnecessarily deplete estate assets. Dismissal, rather than conversion, allows secured creditors to pursue their state-law remedies against the Debtor's collateral without the costs and delay of a sale under Section 363. Dismissal preserves creditor rights and avoids further administrative diminution of the estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto:

A.  Granting this Motion;

B.  Dismissing the Debtor's Chapter 11 case; and

C.  Granting such other and further relief as the Court deems just and proper.

    Respectfully Submitted,

    Campbell Family Enterprises, Inc.

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr., MSB 103469
    The Rollins Law Firm, PLLC
    P.O. Box 13767,
    Jackson, MS 39236
    trollins@therollinsfirm.com
    601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for Campbell Family Enterprises, Inc., do hereby certify that I have this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing MOTION to the following on the day and year hereinafter set forth:

Robert A. Byrd
rab@byrdwiser.com, rbyrdMSN@ecf.axosfs.com

Robert A. Byrd on behalf of Trustee Robert A. Byrd
rab@byrdwiser.com, rbyrdMSN@ecf.axosfs.com

Robert Alan Byrd on behalf of Trustee Robert A. Byrd
rab@byrdwiser.com

Arnulfo U. Luciano on behalf of Creditor Cleveland State Bank
aluciano@jlpalaw.com, mhankins@jlpalaw.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Steven Usry on behalf of U.S. Trustee U. S. Trustee
steven.usry@usdoj.gov, cara.pardue@usdoj.gov

**SO CERTIFIED,** this the 9th day July, 2025.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.