## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:   Campbell Family Enterprises, Inc.                Case no. 25-10364-SDM

   Debtor In Possession                                              Chapter 11

---

### RESPONSE OF THE U.S. TRUSTEE
### TO MOTION TO DISMISS
### [DKT. 79]

---

Comes now, David W. Asbach, the Acting United States Trustee for Region 5, "UST," and files this Response to the Debtor's Motion to Dismiss [DKT. 79] in the above styled and numbered cause, and in support thereof will show unto the court as follows, to-wit:

I.

The UST is not opposed to dismissal however would request that the court retain jurisdiction over the pending Application for Compensation for the Subchapter V Trustee, Robert Byrd, Esq. [DKT. 78].

WHEREFORE, PREMISES CONSIDERED, the United States Trustee submits this response to the debtor's Motion to Dismiss [DKT. 79], and prays that the court will enter an order sustaining this response. The United States Trustee prays for general relief to which entitled in these premises.

        Respectfully submitted,

        DAVID W. ASBACH,
        Acting United States Trustee
        Region 5, Judicial Districts of
        Louisiana and Mississippi

by:  */s/ Sammye S. Tharp*
      Sammye S. Tharp
      Trial Attorney

Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
501 E. Court Street, Suite 6-430
Jackson, MS 39201
Telephone: 601-965-4142
E-mail: sammye.s.tharp@usdoj.gov
MS Bar No. 10016

## CERTIFICATE OF SERVICE

I, Sammye S. Tharp, do hereby certify that a true and exact copy of the foregoing response has been tendered to the individual(s) listed below by U. S. Mail, postage prepaid, *and/or electronic mailing* this the 4th day of August, 2025.

        Thomas C. Rollins, Esq.
        The Rollins Law Firm PLLC
        P.O. Box 13767
        Jackson MS   39236
        E-mail: trollins@therollinsfirm.com

        Robert A. Byrd, Esq.
        Subchapter V Trustee
        Byrd & Wiser
        P.O. Box 1939
        Biloxi MS   39533-1939
        rab@byrdwiser.com

        */s/ Sammye S. Tharp*
        Sammye S. Tharp

ust-omd