**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

IN RE:

**CAMPBELL FAMILY ENTERPRISES, INC.**          **CASE NO. 25-10364 SDM**

### ORDER

This matter having come on for consideration upon the Application for Allowance of Fees and Expennses filed on behalf of the Subchapter V Trustee (DK#78), and the Court being advised that due and proper notice of said Application has been sent to all parties in interest and the Court further finding that no objections have been filed to said application, it is therefore

ORDERED, ADJUDGED AND DECREED that the Application for Allowance of Fees and Expenses filed by the Subchapter V Trustee be, and the same hereby is, approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby awarded trustee's fees in the amount of $3,792.43.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby authorized to apply the $2,000.00 held in escrow, pursuant to this Court's Order of March 11, 2025 (DK#43) to his allowed fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Estate is hereby authorized and directed to pay said allowed trustee's fees.

**###END OF ORDER###**

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029