SO ORDERED,



Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE:

CAMPBELL FAMILY ENTERPRISES, INC.                CASE NO. 25-10364 SDM

### ORDER

This matter having come on for consideration upon the Application for Allowance of Fees and Expennses filed on behalf of the Subchapter V Trustee (DK#78), and the Court being advised that due and proper notice of said Application has been sent to all parties in interest and the Court further finding that no objections have been filed to said application, it is therefore

ORDERED, ADJUDGED AND DECREED that the Application for Allowance of Fees and Expenses filed by the Subchapter V Trustee be, and the same hereby is, approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby awarded trustee's fees in the amount of $3,792.43.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby authorized to apply the $2,000.00 held in escrow, pursuant to this Court's Order of March 11, 2025 (DK#43) to his allowed fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Estate is hereby authorized and directed to pay said allowed trustee's fees.

###END OF ORDER###

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10364-SDM |
| Campbell Family Enterprises, Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Aug 05, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Campbell Family Enterprises, Inc, 1214 Waverly Ave, Cleveland, MS 38732-4139

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com mhankins@jlpalaw.com |
| Robert A. Byrd | rab@byrdwiser.com rbyrdMSN@ecf.axosfs.com |
| Robert A. Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com rbyrdMSN@ecf.axosfs.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com |
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Steven Usry | on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov cara.pardue@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Aug 05, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

Thomas C. Rollins, Jr.
    on behalf of Debtor Campbell Family Enterprises  Inc trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 8