___

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Campbell Family Enterprises, Inc, Debtor        Case No. 25-10364-SDM
                                                          CHAPTER 11

## ORDER ON MOTION TO DISMISS

THIS CAUSE having come on this date on the Motion to Dismiss Chapter 11 Case (Dk # 79) and UST Response (Dk # 86), the Court having been notified that the parties have reached an agreement, does find as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 1112(b), the above-captioned Chapter 11 case of Campbell Family Enterprises, LLC (the "Debtor") is hereby DISMISSED.

3. The dismissal of this Chapter 11 case shall be effective immediately upon entry of this Order.

4. Upon dismissal, the automatic stay imposed by 11 U.S.C. § 362(a) shall terminate with respect to the Debtor and all of its property, and all secured creditors may exercise their respective state-law rights and remedies against collateral.

5. All parties in interest retain their rights to seek relief in any other court of competent jurisdiction.

6. This Court shall retain jurisdiction to resolve any matters, controversies, or disputes arising from or relating to the implementation of this Order and compensation of professionals.

#END OF ORDER#

AGREED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

/s/ Sammye S. Tharp
Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
501 E. Court Street, Suite 6-430
Jackson, MS 39201
Telephone: 601-965-4142
E-mail: sammye.s.tharp@usdoj.gov
MS Bar No. 10016