**SO ORDERED,**



*Judge Selene D. Maddox*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Campbell Family Enterprises, Inc, Debtor          Case No. 25-10364-SDM
                                                            CHAPTER 11

### ORDER ON MOTION TO DISMISS

THIS CAUSE having come on this date on the Motion to Dismiss Chapter 11 Case (Dk # 79) and UST Response (Dk # 86), the Court having been notified that the parties have reached an agreement, does find as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 1112(b), the above-captioned Chapter 11 case of Campbell Family Enterprises, LLC (the "Debtor") is hereby DISMISSED.

3. The dismissal of this Chapter 11 case shall be effective immediately upon entry of this Order.

4. Upon dismissal, the automatic stay imposed by 11 U.S.C. § 362(a) shall terminate with respect to the Debtor and all of its property, and all secured creditors may exercise their respective state-law rights and remedies against collateral.

5. All parties in interest retain their rights to seek relief in any other court of competent jurisdiction.

      6.    This Court shall retain jurisdiction to resolve any matters, controversies, or disputes arising from or relating to the implementation of this Order and compensation of professionals.

#END OF ORDER#

AGREED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

/s/ Sammye S. Tharp
Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
501 E. Court Street, Suite 6-430
Jackson, MS 39201
Telephone: 601-965-4142
E-mail: sammye.s.tharp@usdoj.gov
MS Bar No. 10016

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-10364-SDM |
| Campbell Family Enterprises, Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: pdf0002 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Campbell Family Enterprises, Inc, 1214 Waverly Ave, Cleveland, MS 38732-4139 |
| 4529653 | + | Arnold U. Luciano, Jacks Griffith Luciano, P.A., P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4516263 | + | CFG Mercaht Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 4516265 | + | Cleveland State Bank, PO Box 1000, 110 Commerce Ave, Cleveland, MS 38732-2736 |
| 4522229 | + | Cleveland State Bank, c/o Arnold U. Luciano, P.O. Box 1209, Cleveland, MS 38732-1209 |
| 4516266 | + | General Truck, 1973 East Brooks Road, PO Box 161202, Memphis, TN 38186-1202 |
| 4535468 | + | LIFT FUND, INC, 2014 S HACKBERRY, SAN ANTONIO TX 78210-3541 |
| 4536430 | + | Lift Fund Inc, 2014 S. Hackberry St., 2014 S. Hackberry St., San Antonio, TX 78210-3541 |
| 4516269 | + | North Mill Eqipment Fi, PO Box 77840, Springfield, OH 45501-7840 |
| 4516270 | + | Phillip Campbell, 1214 Waverly Street, Cleveland, MS 38732-4139 |
| 4516271 | + | TopMark Funding, LLC, 516 Gibson Dr.,, Suite 160, Roseville, CA 95678-5792 |
| 4516274 | | United First, 299 NE 191st Street, Miami, FL 33180 |
| 4555584 | + | United First, LLC: 281314, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 4516277 | | Webb Trucking, LLC, 501 Arrington Rd, Cleveland, MS 38732 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4516261 | | Email/Text: bankruptcy@amuref.com | Aug 28 2025 23:51:00 | AMUR, PO Box 911685, Denver, CO 80291-1685 |
| 4516260 | + | Email/PDF: bncnotices@becket-lee.com | Aug 29 2025 00:06:15 | American Express, PO Box 297800, Fort Lauderda, FL 33329-7800 |
| 4526854 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2025 00:06:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4533419 | + | Email/Text: MKYE@KYELAW.COM | Aug 28 2025 23:51:00 | Amur Equipment Finance, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| 4522445 | | Email/Text: bankruptcynotice@corpbill.com | Aug 28 2025 23:51:00 | CORPORATE BILLING, DEPT. 100 PO BOX 830604, BIRMINGHAM, AL 35283 |
| 4516262 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2025 00:06:43 | Capital One Bank, P.O. Box 60519, City of Indus, CA 91716-0519 |
| 4553629 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2025 00:06:07 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4516264 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2025 00:06:23 | Chase, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 4516267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 23:50:00 | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4516268 | + | Email/Text: ebone.woods@usdoj.gov | Aug 28 2025 23:51:00 | Internal Revenue Service, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4572777 | + | Email/Text: Bankruptcy@loves.com | | |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 28 2025 23:51:00 | Love's Travel Stops, 10601 N Pennsylvania Ave, Oklahoma City, OK 73120-4108 |
| 4516313 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 28 2025 23:51:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4554750 | + Email/Text: emiller@northmillef.com | Aug 28 2025 23:51:00 | North Mill Equipment Finance LLC, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 4516272 | + Email/Text: bankruptcy@bbandt.com | Aug 28 2025 23:51:00 | Truist Bank, P.O. Box 85041, Richmond, VA 23285-5041 |
| 4527151 | + Email/Text: bankruptcy@bbandt.com | Aug 28 2025 23:51:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4516314 | + Email/Text: USAMSN.Bankruptcy@usdoj.gov | Aug 28 2025 23:50:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4516315 | Email/Text: atlreorg@sec.gov | Aug 28 2025 23:51:00 | U. S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta GA 30326-1382 |
| 4516275 | ^ MEBN | Aug 28 2025 23:50:40 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4516273 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2025 23:51:00 | U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 4522750 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 28 2025 23:51:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 4516276 | + Email/Text: vfs.bnc.us@volvo.com | Aug 28 2025 23:51:00 | Volvo Financial Servic, PO Box 7247-0236, Philadelphia, PA 19170-0001 |
| 4554904 | + Email/Text: vfs.bnc.us@volvo.com | Aug 28 2025 23:51:00 | Volvo Financial Services, PO Box 26131, Greensboro, NC 27402-6131 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

**Name**      **Email Address**

| | |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com mhankins@jlpalaw.com |
| Robert A. Byrd | rab@byrdwiser.com rbyrdMSN@ecf.axosfs.com |
| Robert A. Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com rbyrdMSN@ecf.axosfs.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com |
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Steven Usry | on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov cara.pardue@usdoj.gov |
| Thomas C. Rollins, Jr. | on behalf of Debtor Campbell Family Enterprises Inc trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 8