IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IN RE:

CAMPBELL FAMILY ENTERPRISES, INC.          CASE NO. 25-10364 SDM

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Robert Alan Byrd, having been appointed trustee of the estate of the above named debtor(s), report I collected funds totaling: $2,000.00. The case was dismissed on August 28, 2025, with a plan confirmed on June 27, 2025, and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on August 5, 2025, the Court ordered compensation of $3,792.43 to be awarded to the trustee. $2,,000.00 was paid by the debtor to the trustee on August 15, 2025. I hereby certify that the estate of the above named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

Date : 09/19/2025                          By: /S/ROBERT ALAN BYRD
                                               Trustee

MSB#7651
BYRD & WISER
PO Drawer 1939
Biloxi, MS 39533
228-432-8123
228-432-7029(FAX)
rab@byrdwiser.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR B