CM/ECF closbk
(Rev. 12/27/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  Campbell Family Enterprises, Inc )            Case No.: 25–10364–SDM
      Debtor(s) in Possession )            Chapter: 11
       )            Judge: Selene D. Maddox
       )
       )

## FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) in possession has been fully administered in accordance with the procedures required by Fed. R. Bankr. P. 5009 or 3022; it is

ORDERED that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

Dated and Entered: 3/31/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 25-10364-SDM

Campbell Family Enterprises, Inc                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: closbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Campbell Family Enterprises, Inc, 1214 Waverly Ave, Cleveland, MS 38732-4139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arnulfo U. Luciano | on behalf of Creditor Cleveland State Bank aluciano@jlpalaw.com  mhankins@jlpalaw.com |
| Robert A. Byrd | rab@byrdwiser.com  rbyrdMSN@ecf.axosfs.com |
| Robert A. Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrdMSN@ecf.axosfs.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com |
| Sammye S. Tharp | on behalf of U.S. Trustee U. S. Trustee Sammye.S.Tharp@usdoj.gov |
| Steven Usry | on behalf of U.S. Trustee U. S. Trustee steven.usry@usdoj.gov  cara.pardue@usdoj.gov |

District/off: 0537-1                          User: autodocke                              Page 2 of 2

Date Rcvd: Mar 31, 2026                       Form ID: closbk                         Total Noticed: 1

Thomas C. Rollins, Jr.
                        on behalf of Debtor Campbell Family Enterprises  Inc trollins@therollinsfirm.com,
                        jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
                        lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
                        USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 8